IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YVONNE GIPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. |
| | : | |
| WELLS FARO HOME MORTGAGE, INC., | : | **NOTICE OF REMOVAL** |
| | : | **OF A CIVIL ACTION** |
| | : | |
| Defendant. | : | |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

Pursuant to 28 U.S.C. § 1446, Wells Fargo Home Mortgage, (hereinafter "Defendant"), hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1332 and 1441, and states the following grounds for removal:

1. An action was instituted by Yvonne Gipson (hereinafter "Plaintiff") in the Superior Court for the District of Columbia (hereinafter referred to as the "State Action"), and is now pending therein. (Civil Action No. 05-CA-003936 B). A true and correct copy of the Complaint and Summons is attached hereto as Exhibit "1".

2. Wells Fargo Home Mortgage, is a division of Wells Fargo Bank, N.A., with a principal place of business in Des Moines, Iowa. Wells Fargo Bank, N.A. is a subsidiary of Wells Fargo & Company, with its principal place of business in San Francisco, CA. (Exhibit "1", Complaint, ¶ 8). For purposes of diversity jurisdiction, Defendant is not a citizen of the District

of Columbia.

3. The Plaintiff is a resident of the District of Columbia residing at 1735 Shepherd Street, N.W., Washington, D.C. 20011. (Exhibit "1", Complaint, Caption, ¶ 7). As a resident of the District of Columbia, removal is appropriate to the United States District Court for the District of Columbia.

4. On or after May 25, 2005, service was accomplished on the Defendant.

5. There have been no proceedings in the State Action. The Defendant has not served any answer or responsive pleading to Plaintiff's Complaint or made any appearance or argument before the Superior Court for the District of Columbia.

6. This Court has original jurisdiction of the above-captioned action pursuant to 28 U.S.C. § 1332, since there is complete diversity of citizenship of the named parties, and the amount in controversy easily exceeds the jurisdictional requirements of this Court. According to the Complaint, Plaintiff is seeking, *inter alia*, more than two million dollars in compensatory damages, and punitive damages of not less than treble the amount of compensatory damages, or an additional six million dollars. Plaintiff also seeks reinstatement, prevailing party attorneys fees, costs and other relief. (Complaint, prayer for relief (A)-(F)). As such, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

7. Defendant submits this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pleaded claims upon which relief can be

granted.

8.   This Notice is filed with this Court within thirty (30) days after receipt by the Defendant of a copy of the Summons and Complaint upon which the State Action is based and before any proceedings were had thereupon in the Superior Court for the District of Columbia.

9.   The Defendant is filing, contemporaneously with this Notice of Removal, a Notice of Filing Notice of Removal with the Clerk of the Superior Court for the District of Columbia and a copy of this Notice of Removal.  The University is also contemporaneously giving written notice of this Notice of Removal to Plaintiff.

10.  WHEREFORE, The University requests that the State Action be removed from the Superior Court for the District of Columbia.

                **DEFENDANT,**
                **WELLS FARGO HOME MORTGAGE**

                **KHAN ROMBERGER PLLC**

By:
    Karen A. Khan
    D.C. Bar No. 455297
    1025 Connecticut Avenue, N.W.
    Suite 1000
    Washington, D.C. 20036
    (202) 828-1243
    Counsel for Defendant

Dated:   June 14, 2005

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this <u>  14th  </u> day of June, 2005, a copy of the foregoing Notice was mailed, first class mail, postage prepaid, to:

>Robert C. Seldon
>Robert C. Seldon & Associates, P.C.
>1319 F Street, N.W.
>Suite 305
>Washington, D.C.  20004

By:
Karen A. Khan