IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YVONNE GIPSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. |
| | : | |
| WELLS FARO HOME MORTGAGE, INC., | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Wells Fargo Home Mortgage, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates which have outstanding securities in the hands of the public:

– Wells Fargo & Company –

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

**KHAN ROMBERGER PLLC**

BY: /s/ _____
Karen A. Khan, Esquire
D.C. Bar No. 455297
1025 Connecticut Avenue
Suite 1000
Washington, D.C.  20036
(202) 828-1243
**ATTORNEYS FOR DEFENDANT**

Dated:   June 14, 2005