UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVONNE GIPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1184 (RWR) |
| v. ) | |
| ) | |
| WELLS FARGO HOME MORTAGE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ENTRY OF APPEARNCE**

    The Clerk of the Court will kindly enter the appearance of Robert C. Seldon, Esq., as counsel for plaintiff in this action.

                            Respectfully submitted,

                            Robert C. Seldon, Esq.
                              D.C. Bar No. 245100
                            Robert C. Seldon & Associates, P.C.
                            1319 F Street, N.W.
                            Suite 305
                            Washington, D.C.  20004
                            (202) 955-6968

                            By:  _____
                                  Counsel for Plaintiff