UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVONNE GIPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-1184 (RWR) |
| WELLS FARGO HOME MORTAGE, INC., | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING

Plaintiff to the above action respectfully requests that the Court take notice of the attached two Consents To Proceed Before A United States Magistrate Judge For All Purposes for the above case and the related case, <u>Gipson v. Wells Fargo Corporation, et al.</u>, Civil Action No. 00-2685 (RWR)

Respectfully submitted,

Robert C. Seldon, Esq.
 D.C. Bar No. 245100
Molly E. Buie, Esq.
 D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C. 20004
(202) 955-6968


By: _____
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVONNE GIPSON )
　　　Plaintiff(s) )
　　　　　　　　　 )
v. )　　　Civil Action No. 05-1184 (RWR)
　　　　　　　　　 )
WELLS FARGO HOME MORTGAGE, INC., )
　　　Defendant(s) )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____　　　　July 7, 2005
Attorney for the Plaintiff(s)　　　　　　Date
Robert C. Seldon, Esq.

_____　　Karen A. Khan　　7-7-05
Attorney for the Defendant(s)　　　　　Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____　　　_____
United States District Judge　　　　　　Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVONNE GIPSON )
Plaintiff(s) )
)
v. ) Civil Action No. 00-2865 (RWR)
)
WELLS FARGO CORPORATION, et al. )
Defendant(s) )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____     July 7, 2005
Attorney for the Plaintiff(s)                Date
Robert C. Seldon, Esq.

_____     7-7-05
Attorney for the Defendant(s)              Date
Karen A. Khan

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.

_____     _____
United States District Judge                   Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/91
Rev 7/99