UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVONNE GIPSON )
Plaintiff(s) )
)
v. ) Civil Action No. 05-1184 (RWR)
)
WELLS FARGO HOME MORTAGE, INC., )
Defendant(s) )

CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____   July 7, 2005
Attorney for the Plaintiff(s)    Date
Robert C. Seldon, Esq.

_____   7-7-05
Attorney for the Defendant(s)    Date
Karen A. Khan

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____   7-12-05
United States District Judge    Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/03
Rev 7/99