# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YVONNE GIPSON,**<br>        **Plaintiff,**<br><br>            v.<br><br>**WELLS FARGO**<br>**CORPORATION** *et al.*,<br>        **Defendants.** | **Civil Action No. 00-2865  (JMF)** |

| | |
|---|---|
| **YVONNE GIPSON,**<br>        **Plaintiff,**<br><br>            v.<br><br>**WELLS FARGO HOME**<br>**MORTGAGE, INC.,**<br>        **Defendant.** | **Civil Action No. 05-1184  (JMF)** |

## ORDER

In light of the pending dispositive motion in Civil Action No. 00-2865 and in the exercise of the Court's discretion it is, hereby, **ORDERED** that the Scheduling Conference currently set for July 29, 2005 is **POSTPONED** until further notice by the Court.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: