UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVONNE GIPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-1184 (JMF) |
| | ) |
| WELLS FARGO HOME MORTGAGE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PRECIPAE**

The Clerk of the Court will kindly substitute the appearance of Molly E. Buie, Esq., as co-counsel for plaintiff, for that of Shannon E. Hall, Esq.  Ms. Buie is an attorney with the firm of plaintiff's lead counsel, Robert C. Seldon, Esq., and has the same address and telephone number as Mr. Seldon.

Respectfully submitted,

Robert C. Seldon, Esq.
  D.C. Bar No. 245100
Molly E. Buie, Esq.
  D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C.  20004
(202) 955-6968


By: _____
    Counsel for Plaintiff

1