UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVONNE GIPSON,                    )<br>                                  )<br>     Plaintiff,                  )<br>                                  )<br>  v.                              )<br>                                  )<br> WELLS FARGO HOME                 )<br>   MORTAGE, INC.,                 )<br>                                  )<br>     Defendant.                   )<br>_____) | Civil Action No. 05-1184 (JMF) |
| YVONNE GIPSON,                    )<br>                                  )<br>     Plaintiff,                  )<br>                                  )<br>  v.                              )<br>                                  )<br> WELLS FARGO CORPORATION,         )<br>   <u>et</u> <u>al</u>.                       )<br>                                  )<br>     Defendants.                  )<br>_____) | Civil Action No. 00-2865 (JMF) |

**<u>STIPULATION TO CONSOLIDATE</u>**

Subject to the approval of the Court, the parties to the above actions hereby stipulate to the consolidation of the two actions identified above for all purposes.

SO STIPULATED:

_____
Robert C. Seldon, Esq.
   D.C. Bar No. 245100
Molly E. Buie, Esq.
   D.C. Bar No. 483767
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305
Washington, D.C.  20004
Phone (202) 955-6968

Counsel For Plaintiff


_____
Karen A. Khan, Esq.
   D.C. Bar No. 455297
Timothy W. Romberger, Esq.
   D.C. Bar No. 458225
Khan Romberger, P.L.L.C.
1025 Connecticut Avenue, N.W., Suite 1000
Washington, D.C.  20036
Phone (202) 828-1243

Counsel For Defendants


SO ORDERED:


_____
UNITED STATES MAGISTRATE JUDGE

September ____, 2005