UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **YVONNE GIPSON,**   Plaintiff,   v.   **WELLS FARGO CORP.** *et al.*,   Defendants. | )))))))))))) Civil Action No. 00-2865 (JMF) |
| **YVONNE GIPSON,**   Plaintiff,   v.   **WELLS FARGO HOME MORTGAGE, INC.**   Defendant. | )))))))))))))) Civil Action No. 05-1184 (JMF) |

**ORDER**

In accordance with the representations and rulings made in open court on September 1, 2005, it is, hereby, **ORDERED** that

1. The parties' Stipulation to Consolidate [#41] is deemed a Consent Motion to Consolidate and is, hereby, **GRANTED;** and it is **FURTHER ORDERED** that

2. Defendants' request for an extension of time to respond to Plaintiff's Response to the Court's Order of August 15, 2005 is **GRANTED** and defendants shall have

      until September 16, 2005 to submit their written response; and it is **FURTHER ORDERED** that

3.     Plaintiff's oral <u>Motion for Leave to File a First Amended Complaint</u> is **GRANTED** and plaintiff shall have until October 3, 2005 to file such complaint.

      **SO ORDERED.**

                                                  _____
                                                  JOHN M. FACCIOLA
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: