# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVONNE GIPSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WELLS FARGO CORPORATION, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:00cv 02865 (JMF) |
| YVONNE GIPSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WELLS FARGO HOME MORTGAGE,  )<br> INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:05cv 01184 (JMF) |

## **STIPULATION AND ORDER OF CONFIDENTIALITY**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that:

1. All documents, including without limitation: Wells Fargo personnel records, loan documents, personal identifying information, agreements, financial information, or other sensitive or proprietary documents provided by either party in response to discovery requests that constitute confidential matters may be designated by the producing party as "Confidential" at the time of production.

2. Confidential documents shall be used solely for the purposes of litigating this matter and not for any other purpose or suit.

3. Confidential documents and the contents thereof may be disclosed by parties through Counsel only to: (a) the Court; (b) the parties; and (c) members of Counsel's staff who assist in the litigation of this matter; (d) individuals who submit to deposition questioning; and (e) any expert designated in this matter.

4. In the event either party seeks to use any Confidential documents produced by the opposing party in the court file and proceedings in this matter, those documents are to be marked as Confidential and filed under seal and to be maintained by the court under seal and will not be made or considered part of the public records in this case until further order of the court.

5. Within sixty (60) days after the final termination of this action, by judgment, settlement or otherwise, Counsel shall be responsible for returning any and all Confidential documents and deriviatives and copies thereof which have not been made public by order of the court, other than work product of counsel which is deriviative of a Confidential document. Each producing party shall have the option of receiving all Confidential documents or –alternatively— given proof of shredding or other suitable means of destruction of Confidential documents.

BY THE PARTIES,

**KHAN ROMBERGER PLLC**

/s/

By:_____
Karen A. Khan, Esq.
D.C. Bar No. 455297

                                                         1025 Connecticut Avenue, N.W.
                                                         Suite 1000
                                                         Washington, D.C. 20036
                                                         (202) 828-1243

                                                         COUNSEL FOR DEFENDANT
Date: _____                  Wells Fargo Bank, N.A.

                                          **ROBERT C. SELDON & ASSOCIATES, P.C.**

                                                      /s/
                                        By:_____
                                                       Robert C. Seldon, Esquire
                                                       1319 F. Street, N.W.
                                                       Suite 305
                                                       Washington, D.C. 20004
                                                       (202) 955-6968

                                                       COUNSEL FOR PLAINTIFF
                                                       Yvonne Gipson

Date: _____

**SO ORDERED:**

_____
                J.

Dated:_____, 2006

Case 1:05-cv-01184-JMF   Document 20   Filed 02/15/2006   Page 4 of 4