# FREDERICK C. DOUGLAS, JR.
**15301 Morning Mist Lane**
**Silver Spring, MD 20906**

May 12, 2006

Robert C. Seldon, Esq.
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C. 20004

Dear Mr. Seldon:

     Thank you for contacting me to discuss the possibility of retaining my services as an expert witness in the case involving your client, Yvonne Gipson, and her termination by Wells Fargo Home Mortgage, which I understand from our conversation is now a part of Wells Fargo Bank, N.A., having formerly been a separately incorporated entity.

     I take it from our discussions that Ms. Gipson, who was formerly employed as a home mortgage consultant to originate loans for Wells Fargo, was terminated in July of 2004. One of the reasons given for her termination was Ms. Gipson's acceptance of faxed borrower income verification documents from realtors, instead of original documents from borrowers in one or more FHA insured loans, specifically a 203(k) renovation loan. In order to ensure my independence, I have not consulted with Ms. Gipson and, unless you deem it appropriate and acceptable, do not plan on doing so.

     You are interested in securing my services and obtaining an expert opinion on whether Ms. Gipson's action(s) contravened FHA guideline, practice, or policy; what action, if any, FHA/HUD could be expected to impose and on whom any such action could be expected to impose in the event that they did; whether Ms. Gipson's actions were inconsistent with practices utilized in connection with conventional residential mortgage loans; and what action, if any, could be expected to be taken against Ms. Gipson in private industry were she to have engaged in the actions identified by Wells Fargo. You have also asked me to consider whether a mortgage loan originator should reasonably be expected to recall specific loan applications and consider the possibility that, when looked at cumulatively, they contained misrepresentation or fraudulent statements.

     In my opinion, my expertise in HUD/FHA housing matters and mortgage industry practices would make me well-suited to serving as an expert witness in this matter. The charges for my services will be as follows:

2

$150 per hour for background review and preparation of my expert report, which will conform to the requirements as you describe them for my report in federal court, and for providing other expert advice and guidance.

$250 per hour for my time preparing for and testifying in this matter, should it proceed to trial; for accompanying you to any depositions, including the deposition or any expert designated by Wells Fargo, and for being deposed.

Thank you for thinking of retaining me. If this agreement meets with your approval, please sign it below and return it to me.

Very truly yours,

Frederick C. Douglas, Jr.

Approved:

Robert C. Seldon, Esq.
Counsel for Yvonne Gipson

Date: 5/26/06