**FREDERICK C. DOUGLAS, Jr.**
15301 Morning Mist Lane
Silver Spring, Maryland 20906
(301) 598-4156    (301) 598-3435
(301) 598-3543 (fax)

### *MARKETING*

- Develops financial management contracts with Federal and state government agencies (the RTC, FDIC, Department of Agriculture, State of Maryland Treasurer's Office) and quasi-government entities (Freddie Mac, Fannie Mae).
- Identifies and contacts decision-makers in private industry (banks, insurance companies, Wall Street firms). Researches potential client's established business practices. Develops and demonstrates enhancement possibilities for client's products, services or operations.
- Meets with current and potential clients at business meetings and other locations or functions as dictated by client to sustain or initiate productive working relationships.

### *FINANCIAL MANAGEMENT*

- Supervises budget preparation at corporate level (with a $150 million budget) and cost center ($15 million) locations.
- Monitors operating budgets. Determines reasons for plus or minus variances.
- Analyzes corporation's financial structure. Identifies correlation between company's assets and liabilities.
- Negotiates bank loans (up to $200 million).
- Thoroughly familiar with the internal operations and functions of savings and commercial banks.

### *ADMINISTRATION*

- Establishes and develops policies, procedures and staffing requirements for newly-opened financial service centers. (opened four regional offices and 16 sub-regional offices housing 20,000 employees).
- Recommends adjustments to established workflow to ensure efficiency and effectiveness of internal operations.
- Participates in the development and implementation of corporate operating policies and procedures.
- Applies in-depth familiarity with government contracting regulations to negotiate contracts.

## *HUMAN RESOURCES*

- Recruits, hires, trains, supervises, evaluates and disciplines support level to executive level staff.
- As a Certified EEO Counselor, fully familiar with all applicable rules and regulations
- Conducts staff meetings. Discusses corporate goals and strategies. Encourages staff participation.
- Motivates staff individually or within a group setting.

## *COMMUNICATIONS*

- Moderates executive level meetings to ensure consistency, clarification and understanding of corporate goals.
- Assembles task forces to develop, implement and disseminate corporate policies and procedures.
- Speaks at conferences. Addresses 50 to 200 mid- to senior-level executives.
- Prepares comprehensive reports on status of program compliance, bank examination results and loan review findings.

## EXPERIENCE

**2004-Present**   **Consultant, National Home Mortgage Services,** Providing expertise on the management and the disposition of moderate and low income affordable properties, specifically HUD/FHA properties, and obtaining contracts to provide financial services to federal and state government, with an emphasis on matters pertaining to HUD and the FHA.

**Mortgage Loan Originator,** Responsible for origination residential mortgage loans, emphasizing moderate and low income housing, first time home buyers, and FHA loan programs.

**2002-2004**   **Government National Mortgage Association, Senior Adviser to the President,** Responsible for assisting in the development of policies and procedures for management of mortgage backed securities for federally insured residential mortgages.

**1999-2002**   U.S. Department of Housing and Urban Development (HUD), Washington, D.C.
**DEPUTY ASSISTANT SECRETARY for SINGLE FAMILY HOUSING, Federal Housing Administration**   Supervises a $400 **billion** single family mortgage endorsement program. (Program is dedicated to increasing home ownership opportunities for low to moderate-income purchasers nationwide and has achieved a record high of $1.3 million endorsements with a book value in excess of $1.2 **billion**.)
*ACHIEVEMENTS:*
- Developed, executed and monitored seven Management and Marketing contingency plans. Negotiated the replacement strategies and solutions for two contracts.
- Developed and implemented the Credit Watch Termination Initiative

- ➢ Implemented and coordinated a Homebuyer Protection Plan and appraisal reform initiatives.
- ➢ Developed Treble Damages provisions as a powerful sanction against lenders failing to use loss mitigation techniques.
- ➢ Completed a record number (932) of lender monitoring reviews and recommended actions to address noncompliance issues.
- ➢ Developed the Officer Next Door and the Teacher Next Door Programs to provide within-the-community housing opportunities for police officers and teachers and to revitalize neighborhoods.
- ➢ Applied Management Reform initiatives and approved $16.6 in grants so that 342 grantees could provide housing counseling to prospective homebuyers, homeowners in danger of default, and persons needing general information.
- ➢ Rated "Outstanding" for each achievement of 10 of the 11 Single Family BOP goals.

**1997-1998**   U.S. Department of Agriculture (USDA), Washington, D.C.
**DIRECTOR, Centralized Servicing Center (CSC) Provided** executive oversight and direction to the Customer Service Branch, the Risk Management Branch, the Loan Administration Branch, the Escrow Operations Branch, and Borrower Assistance Branch. The CSC, located in St. Louis, MO., provided services for over 600,000 borrowers nationwide and had a loan portfolio of approximately **$1 billion.** ☐Supervised and managed an operational budget of $41 million.
- ➢ Managed a work force of over 600 employees.
- ➢ Kept abreast of proposed changes or new initiatives in loan programs and automated systems to ensure that financial management, reporting and operational needs were satisfied.
- ➢ Represented Rural Development operations in meetings with congressional committee staff, Office of Management and Budget, General Accounting Office, Treasure and other mission areas, and the department on financial management and operational issues with contractors, vendors, and other private industry officials.

*ACHIEVEMENTS:*
- ➢ Maintained the integrity and accuracy of borrower data by representing sound internal controls on the DLOS and ensuring the compliance review of systems with accepted accounting principles and standards.
- ➢ Supervised the implementation of the ACH pilot program to expedite loan funding.
- ➢ Developed and implemented policies and procedures to reduce un-applied payments from $120 million to $43 million.
- ➢ Directed and managed the year-end processing of 1.2 million borrower statements.
- ➢ Managed and directed a Treasury Offset Collection process increasing collections from approximately $2 million to $8 million.
- ➢ Implemented policies and procedures that reduced payment-assistance-packages-in-process from 41,200 to 300 as of September 30, 1998.
- ➢ Supervised the recruitment and employment of 90 bi-lingual employees to serve Spanish speaking homeowners.

**1993-** Allied Financial Group, Silver Spring, Maryland
**1997** **MANAGING DIRECTOR** for a financial management consulting firm providing non-traditional investment opportunities in areas such as loan portfolio acquisitions, re-engineering projects, loan re-structuring/workouts, due diligence, bank evaluations, accounting and auditing, and automated systems.
*ACHIEVEMENTS:*
- Obtained a $300 million partnership with the Resolution Trust Corporation (RTC) to collect judgment, deficiency, and charge-off (JDCs) assets on a fifty-fifty partnership arrangement.
- Obtained $3 million contract to provide loan closing administrative services.
- Obtained $1 million asset management and disposition contract.
- Obtained numerous due diligence contracts ranging from $200,000 to $2 million in fees.
- Obtained $3 million bank subsidiary management and disposition contract.
- Obtained $100,000 Freddie Mac compliance review contract.
- Obtained re-engineering contract from the State of Maryland Treasurer's Office.

**1988-** Resolution Trust Corporation (RTC), Washington, D.C.
**1993** **DEPUTY DIRECTOR OF OPERATIONS** Implemented policies and procedures for the sale of $2 to $3 billion in Savings and Loan assets for the California Region.
*ACHIEVEMENTS:*
- Reduced operating expenses through staff reduction and implementing more cost-effective policies and procedures.
- Negotiated numerous multi-million dollar real estate type transactions.
- Successfully out-sourced numerous financial responsibilities in accordance with Federal government rules and regulations.
- Provided members of the U.S. Congress, during personal meetings, with the results and current status of the Savings and Loan bailout in the state of California.
- Initiated and conducted conferences for private investors and potential contractors doing business with the RTC.
- Headed the task force that designed and implemented the Financial Service Center concept responsible for the accounting and asset administration for all RTC Savings and Loan institutions.

**SPECIAL ASSISTANT to the SENIOR VICE PRESIDENT** Responsible for the development and implementation of policies and procedures for the bailout of 700 Savings & Loan institutions with total assets in excess of $300 billion (1989 to 1992).
*ACHIEVEMENTS:*
- Participated in the development of the organizational structure of the RTC.
- Developed policies and procedures for the sale of $300 billion in assets.
- Assisted in the development and implementation of all personnel policies and procedures.

- ➢ Participated in the development, implementation and management of the budget process for the Asset Sales Division.
- ➢ Developed the Program Compliance Review to determine the effectiveness of internal controls and adherence to RTC operating policies and procedures.

**1975-1988**   Federal Deposit Insurance Corporation (FDIC)
Held numerous managerial positions in bank examinations, liquidations, and automated systems implementation. Assigned to offices in Boston, New York City, San Francisco, and Washington, D.C.

## EDUCATION and TRAINING

Northeastern University, Boston, Massachusetts
**BACHELOR OF SCIENCE:** Business Administration, 1977

Management of Managers Schools, University of Michigan, Ann Arbor, Michigan
**Certificate:** Executive Level Management, 1987

Stonier Graduate School of Banking, Rutgers University, New Brunswick, New Jersey
**Certificate:** Banking, 1983

Federal Deposit Insurance Corporation (FDIC), Washington, D.C.
Completed numerous training courses in bank examination and liquidation