IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVONE GIPSON,<br><br>      Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>      Defendant. | Civil Action Nos.: 1:00cv 02865 (JMF)<br>                   1:05cv 01184 (JMF) |

### ORDER

AND NOW this ____ day of _____, 2006, upon consideration of the Defendant's Motion to Strike Plaintiff's Expert– Frederick C. Douglas, Jr.–, and all responses thereto, it is hereby ORDERED and DECREED that the motion is **GRANTED**. Mr. Douglas is stricken as a witnesses in this matter.

BY THE COURT:

_____
J.