UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVONNE GIPSON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1184 (JMF) |
| ) | |
| WELLS FARGO ) | |
|   BANK, N.A., ) | |
| ) | |
|     Defendant. ) | |
| ) | |
| | |
| YVONNE GIPSON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 00-2865 (JMF) |
| ) | |
| WELLS FARGO, ) | |
|   BANK, N.A., ) | |
| ) | |
|     Defendant. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff to the above action respectfully moves the Court, pursuant to LCvR 7.1, for a ten day extension to submit an Opposition to Defendant's Motion to Strike Expert

Counsel for defendant has been advised of this Motion and has given defendant's consent.

The grounds in support of this Motion are as follows:

1.) Plaintiff served Expert Disclosures and a report of her expert, Frederick C. Douglas, Jr., on May 30, 2006.

2.) On June 20, 2006, the parties participated in a teleconference with the Court to discuss defendant's objections to plaintiff's expert report.

3.) On June 23, 2006, the Court issued an Order which discussed defendant's options if it still wished to pursue objections to the expert's report.

4.) On June 26, 2006, defendant filed a Motion to Strike plaintiff's expert.

5.) Since defendant filed its motion, counsel for plaintiff has been greatly involved in other matters, including preparing plaintiff's pre-trial submission in Kalinoski v. Gutierrez, C.A. No. 04-1206 (JDB); and moving for leave to amend pleadings after the issuance of the Supreme Court's decision in Burlington Northern & Santa Fe R.R. v. White, 2006 WL 1698153 (U.S. June 22, 2006) in Elion v. Jackson, C.A. No. 05-0992 (PLF), Hendricks v. Snow, C.A. No. 03-2239 (RMC); Baloch v. Norton, C.A. No. 03-1207 (RMU); Kalinoski v. Gutierrez, supra; Logan v. Spellings, C.A. No. 06-033 (PLF). Counsel has also been involved in scheduling extensive discovery in Pendleton v. Ashcroft, C.A. No. 04-1838 (RJL), and responding to extensive discovery in Malloy v. Jackson, C.A. No. 05-1117 (RCL).

6.) Plaintiff's Opposition is presently due today, July 10, 2006. However, in light of the other extensive responsibilities of plaintiff's counsel both before and after the current due date, responding under the present schedule would not be feasible.

7.) Accordingly, plaintiff respectfully seeks an enlargement of time until July 20, 2006, to file her Opposition.

WHEREFORE, plaintiff respectfully moves the Court for an enlargement the time for her to file an Opposition to Defendant's Motion to Strike Expert.

Respectfully submitted,


        /s/
_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100

        /s/
_____
Molly E. Buie, Esq.
  D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968

        Counsel for Plaintiff