UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVONNE GIPSON,                    ) | |
|                                   ) | |
|         Plaintiff,                ) | |
|                                   ) | |
|     v.                            ) | Civil Action No. 05-1184 (JMF) |
|                                   ) | |
| WELLS FARGO                       ) | |
|   BANK, N.A.,                     ) | |
|                                   ) | |
|         Defendant.                ) | |
|                                   ) | |
| YVONNE GIPSON,                    ) | |
|                                   ) | |
|         Plaintiff,                ) | |
|                                   ) | |
|     v.                            ) | Civil Action No. 00-2865 (JMF) |
|                                   ) | |
| WELLS FARGO,                      ) | |
|   BANK, N.A.,                     ) | |
|                                   ) | |
|         Defendant.                ) | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion For An Enlargement Of Time, and the entire record in this matter;

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the date for the submission of plaintiff's Opposition to defendant's Motion to Strike Expert is hereby extended until July 20, 2006.

Dated this _____ day of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1