IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YVONNE GIPSON,<br><br>      Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>      Defendant. | )<br>)<br>)<br>) Civil Action Nos.:  1:00cv 02865 (JMF)<br>)                                  1:05cv 01184 (JMF)<br>)<br>) Next Scheduled Event: 10/16/06<br>)     Pretrial Conference<br>)<br>)<br>) |

**NOTICE OF FILING 'UNDER SEAL'**

**COMES NOW**, Wells Fargo Bank, N.A., and notifies the Court and opposing counsel that it has filed a Motion for Summary Judgment, Memorandum in Support, Statement of Undisputed Facts and Supporting Exhibits "Under Seal" in accordance with the Stipulation of Confidentiality executed in this case. A paper-copy of the motion and accompanying exhibits is being hand delivered to the Clerk of Court and opposing counsel on this date.

Respectfully submitted,

**KHAN ROMBERGER PLLC**

BY: /s/
Karen A. Khan, Esquire
D.C. Bar No. 455297
Timothy W. Romberger, Esquire
D.C. Bar No. 458225
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C.  20036
(202) 828-1243
**ATTORNEYS FOR DEFENDANT**

Dated:  July 17, 2006