Page 1

1

2         UNITED STATES DISTRICT COURT

3         FOR THE DISTRICT OF COLUMBIA

4    - - - - - - - - - - - - - - -X

5    YVONNE GIPSON,                  :

6              Plaintiff       : Civil Action No.

7          v.                  :  05-1184 (JMF)

8    WELLS FARGO HOME MORTGAGE,INC.

9              et al.,         : Civil Action No.

10             Defendants      :  00-2865 (JMF)

11   - - - - - - - - - - - - - - -X

12                 DEPOSITION OF BRIAN FOSS

13                      Washington, D.C.

14                   Monday, June 12, 2006

15          Deposition of BRIAN FOSS, called for

16   examination at 11:00 a.m., at the law offices of Robert

17   C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite

18   305, Washington, D.C., before Gary S. Howard, a notary

19   public in and for the District of Columbia, when were

20   present on behalf of the respective parties:

21

22

Page 24

1  with Mr. Stephen Harper, professionally?

2     A     Stephen is a branch manager. And
3  periodically, I would meet with branch managers to
4  discuss renovation sales strategies.
5     Q     And then in terms of that period of time,
6  Ms. Gipson -- how did the supervision work? And I'm
7  focusing on between you and Mr. Harper.
8           How did that work?
9     A     Ms. Gipson had a solid line, as we put
10 it, to Steve Harper, and a dotted line to me for
11 reporting purposes.
12    Q     Can you just elaborate what that meant?
13    A     Yes. So for payroll purposes, human
14 resources items, and the like, disciplinary actions
15 and so forth would be handled by the manager with a
16 solid line.
17    Q     Meaning for people above.
18    A     Correct.
19    Q     And the dotted line to you meant what?
20    A     I was there for sales support, for a
21 specific loan product.
22          That being renovation.

1    Q    And what does sales support mean?  What
2  does it include?
3    A    The things I described earlier as far as
4  assisting with training, sales strategies and so
5  forth.
6    Q    I'll jot that down.
7    A    Acting as a liaison between the HMC and
8  fulfillment --
9    Q    One second, if I can.
10   A    Okay.
11   Q    Training, sales strategy. And as the
12  liaison, did you say?
13   A    Right.  With the operations.
14   Q    Okay. Now in terms of the fulfillment or
15  operations, we're going to focus on that again.
16       I think you've told us what the
17  originators were responsible for.  What is the --
18  is there a next step in the loan origination
19  process?
20       I'm sorry -- not the loan origination
21  process. The loan underwriting process after
22  origination.

Page 77

1   A   Only from knowing if it was a district
2   office, it would fall under Charley Vance.
3   Q   Do you recall speaking to Mr. Settles
4   about the position, or interviewing Mr. Settles
5   about the position?
6   A   No. He started close to the same time
7   that I did.
8       I think it was '98.
9   Q   And do you recall speaking with or
10  interviewing, being involved in the interview
11  process of any of the other candidates for that
12  position?
13  A   No.
14  Q   Do you recall anything about how the
15  position came to be advertised?
16  A   No.
17      MR. SELDON:  Let's take a few minutes
18  here. I would say let's take five to ten because
19  I'm going to review my notes.
20      And then if you have questions for him, I
21  would think, to save time, you should be ready to go.
22      (Recess.)

Page 78

1          THE COURT REPORTER:  We're back on the
2  record.
3          MR. SELDON:  I don't have any more
4  questions.
5          MS. KHAN:  We'll read.
6          THE COURT REPORTER:  Signature not
7  waived.
8          We're off the record.
9
10         (Signature not waived.)
11
12         (Whereupon, at 12:25 p.m., the taking of
13  the deposition was concluded.)
14
15                          ------------------------
16                                Brian Foss
17
18
19
20
21
22

MGB Reporting, Inc.
Tel: 800-245-2528 Fax: 888-983-8016