Page 1

1          FOR THE DISTRICT OF COLUMBIA

2    - - - - - - - - - - - - - - - -X

3    YVONNE GIPSON,                  :

4              Plaintiff    : Civil Action No.

5         v.                :  05-1184 (JMF)

6    WELLS FARGO HOME MORTGAGE,INC.

7              et al.,      : Civil Action No.

8            Defendants     :  00-2865 (JMF)

9    - - - - - - - - - - - - - - - -X

10              DEPOSITION OF STEPHEN HARPER

11                   Washington, D.C.

12                 Thursday, June 1, 2006

13         Deposition of STEPHEN HARPER, called for

14   examination at 1:25 p.m., at the law offices of Robert

15   C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite

16   305, Washington, D.C., before Gary S. Howard, a notary

17   public in and for the District of Columbia, when were

18   present on behalf of the respective parties:

19

20

21

22

Page 77

1          MR. SELDON:  No, processing centers.

2          THE WITNESS:  I take it back. I don't get

3   involved with the day-to-day operation of the

4   processing centers. I have an idea about what they

5   do, but I don't know their work flow.

6          BY MR. SELDON:

7     Q    Right. All I'm asking is if you know as a

8   result of your job of what they do?

9     A    As a general rule I do, yes.

10    Q    Okay. Do you know one way or another

11  whether, in connection with processing loans for

12  Wells Fargo, the processing centers obtain

13  sometimes originals of documents that are used in

14  loan applications?

15    A    Yes.

16    Q    And your answer is that they do do that?

17    A    Yes.

18    Q    Okay. Do they obtain documents in your

19  knowledge that are sometimes missing from loan

20  applications?

21    A    Yes.

22    Q    And is this true across all loan programs

Page 78

1  at Wells Fargo?

2           MS. KHAN:  Objection.

3           MR. SELDON:  If you know.

4           MS. KHAN:  There's no foundation.

5           MR. SELDON:  I said, if you know.

6           MS. KHAN:  Answer if you can.

7           THE WITNESS:  Yes.

8           MR. SELDON:  Okay.

9           BY MR. SELDON:

10     Q     And I take it you do know.

11     A     Yes.

12     Q     Okay. And then, underwriting, as you've
13  defined it, is the process of determining if
14  someone qualifies for a particular mortgage loan?

15     A     If they meet certain guidelines, yes.

16     Q     Okay. And so, in your understanding, the
17  underwriting is not -- is it or is it not a part of
18  the process where loan documentation is obtained or
19  sought?

20     A     There's various types of underwriting.

21     Q     Okay.

22     A     Some underwriting requires no documents.