```
00001
   IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLUMBIA
       -------------X
   YVONNE GIPSON,        :
                         :
      Plaintiff,         :
                         :
   vs.                   : Civil Action No.
                         : 05-1184 (JMF)
   WELL FARGO HOME       :
   MORTGAGE, INC.,       :
                         :
      Defendant.         :
       -------------X
   YVONNE GIPSON,        :
                         :
   vs.                   : Civil Action No.
                         : 00-2865 (JMF)
   WELLS FARGO CORPORATION, :
   et al.,               :
                         :
      Defendants.        :
       -------------X
```
DEPOSITION OF TAMARA KAY PATTISON,
taken by the Counsel for the Plaintiff before Eileen
Hicks, Certified Shorthand Reporter of the State of
Iowa, at 317 Sixth Avenue, Suite 606, Des Moines,
Iowa, commencing at 12:25 p.m., Tuesday, May 23, 2006.
EILEEN HICKS - CERTIFIED SHORTHAND REPORTER

00059
1  BY MR. SELDON:
2  Q. Now, did a question ever come up whether any
3  of this should be reduced to writing, what the
4  investigation had shown?
5  A. Reduced to writing?
6  Q. Like in a memo, or something like that?
7  A. To the committee before a decision was made,
8  or --
9  Q. At all, for any purpose. Let me make it
10 easier for you. We've not seen a written memo
11 codifying--putting in print--the results of this
12 investigation.
13 A. Okay.
14 Q. Are you aware of one?
15 A. No.
16 MS. KHAN: Let me just object to the form.
17 You mean the final result?
18 MR. SELDON: No, the investigation itself.
19 I mean the final result other than the fact she was
20 terminated, but she answered it.
21 MS. KHAN: Okay. Well, my objection remains.
22 MR. SELDON: Okay. She answered anyway.
23 BY MR. SELDON:
24 Q. And did Ms. Gentry, or anyone, say in this
25 conference call that Yvonne Gibson had engaged in

00060
1  fraud personally?
2  A.  That she had engaged in fraud?
3  Q.  Correct.
4  A.  No.
5  Q.  Did anyone say she had engaged in
6  misrepresentation?
7  A.  No.
8  Q.  Did anyone say that she had known about
9  fraud?
10  A.  That she had known about?
11  Q.  Known about fraud being committed?
12  A.  In any of her files?
13  Q.  Yes.
14  A.  No.
15  Q.  Did anyone say she had known about
16  misrepresentation in any of her files?
17  A.  No.
18  Q.  You said that there was a concern raised
19  where Ms. Gipson had gotten documents for loans; is
20  that right?
21  A.  Uh-huh.
22  Q.  You need to say "yes" or "no."
23  A.  Yes.
24  Q.  And what documents did you understand that
25  to mean?

```
00078
 1  anything like "I need to think about how important it
 2  is, how important Ms. Gipson is to my office," or
 3  "These have no evidentiary value at all, it's your
 4  testimony," or "I need to give some thought to the
 5  fact that Yvonne needs another chance," or I need to
 6  give thought to anything?
 7  A. Not that I recall.
 8  Q. Okay. Did Mr. Frohn ask any questions of
 9  Ms. Gentry?
10  A. Not that I remember.
11  Q. Do you recall him asking any of Ms. Tankis?
12  A. Not that I remember.
13  Q. Do you recall him asking any of you?
14  A. Not that I remember.
15  Q. Do you recall him making any inquiry at all
16  about in any more detail what the investigation had
17  concluded?
18  A. Not that I recall.
19  Q. Do you recall anyone discussing in this
20  phone conversation what loss, if any, Ms. Gipson's
21  conduct had caused Wells Fargo, monetariwise?
22  A. No.
23  Q. Do you recall anyone discussing or
24  considering what potential monetary loss to Wells
25  Fargo Ms. Gipson's actions might have caused or might
```

```
00079
 1  cause?
 2  MS. KHAN: Object to the form.
 3  MR. SELDON: Please go ahead and answer.
 4  A. No. We terminate people for a wide variety
 5  of reasons, and it's not always because it would be a
 6  monetary cost to the company.
 7  BY MR. SELDON:
 8  Q. I understand. I'm just exploring various
 9  possible answers. Do you recall anyone discussing or
10  raising for consideration whether or not Ms. Gipson's
11  actions had caused a risk that loans she had been
12  involved in--she had originated would be unsalable?
13  A. Not that I recall.
14  Q. Okay. Did anyone raise whether or not
15  Ms. Gipson had been given training in the areas that
16  she had been found to have acted improperly?
17  A. It was my understanding that earlier that
18  year Brian Foss had did some training where Yvonne
19  was a part of that and they discussed not taking
20  documents from third parties.
21  Q. Was that before or after Mr. Johnson was
22  terminated?
23  A. I don't know who Mr. Johnson is.
24  Q. Ceric Johnson?
25  A. I don't know who that is.
```