1      FOR THE DISTRICT OF COLUMBIA

2    - - - - - - - - - - - - - - -X

3    YVONNE GIPSON,                    :

4              Plaintiff      : Civil Action No.

5         v.                  :  05-1184 (JMF)

6    WELLS FARGO HOME MORTGAGE,INC.

7              et al.,     : Civil Action No.

8         Defendants    :  00-2865 (JMF)

9    - - - - - - - - - - - - - - -X

10             DEPOSITION OF ANN TANKUS

11                 Washington, D.C.

12                Thursday, June 1, 2006

13        Deposition of ANN TANKUS, called for

14   examination at 9:30 a.m., at the law offices of Robert

15   C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite

16   305, Washington, D.C., before Gary S. Howard, a notary

17   public in and for the District of Columbia, when were

18   present on behalf of the respective parties:

19

20

21

22

```
 1     Q      Yes.

 2     A      Okay. I'm trying to remember.

 3            (Pause.)

 4            I can't remember the exact years, but

 5     essentially, my career has been -- from the very

 6     beginning, do you want me to go through?

 7     Q      Well, what I'm trying to do --

 8            MS. KHAN:  He wants to take you back

 9     position after position after position.

10            THE WITNESS:  Okay.

11            MR. SELDON:  Yes. But actually, I'm

12     trying to spare you that because you're not a

13     primary witness here.

14            BY MR. SELDON:

15     Q      Let's try this. Working for Wells Fargo

16     over these 20 years, have you always been in some

17     aspect of program support?

18     A      No.

19     Q      Okay. What other types of positions have

20     you held?

21     A      I have been on the fulfillment side.

22     Q      Which means what?
```

1    A     Which means operation. So once the

2  originators take the loans, fulfillment helps

3  process them and get them to funding and closing.

4    Q     Okay. And what else?

5    A     And on the sales side.

6    Q     You yourself personally have been

7  involved in sales, or have you supported sales?

8    A     I haven't originated. No, I've supported

9  sales.

10   Q     In what sense? You could, for example, be

11  an administrative assistant in the office. You

12  could be doing anything.

13   A     No. I've always -- once I moved from

14  fulfillment to sales, I worked at the regional

15  level, still with Joe Rogers. So we supported a

16  region.

17        And then he was promoted. And then we

18  supported a division. And then he was promoted and

19  then we supported programs.

20        And along the way -- actually, even when

21  I was at the regional level, I've worked on

22  national projects.

1    Q    Okay.

2    A    In addition to my job, regular job,

3    whether it be regional or divisional.

4    Q    What did you mean when you said, loan

5    fulfillment?

6         What do you mean by that?

7    A    When a loan is originated by the sales

8    person, they take the application and then the

9    fulfillment group gets involved to help process it

10   and then prepare the closing paperwork, closing

11   packages, we call it.

12   Q    Right.

13   A    And then the loan is funded.  And they

14   work in conjunction with the sales person

15   throughout that whole process.

16   Q    Is this same process and same group

17   involved, no matter whether the loan is a

18   particular specialty loan or a general loan?

19   A    Not always.

20   Q    Okay. Is the same type of procedure

21   employed no matter what -- fulfillment procedure,

22   no matter what -- Karen is already shaking her

```
 1   head.

 2           MS. KHAN:  You know I'm going to object.

 3           (Laughter.)

 4           BY MR. SELDON:

 5      Q    If you know, the same type of fulfillment

 6   procedures involved no matter what type of loan it

 7   is.

 8           I think I got it right. Now you can

 9   answer.

10      A    Is the same type of procedure --

11      Q    Fulfillment procedures.

12           MS. KHAN:  I don't think she established

13   a procedure to suggest that it's the same or

14   different.

15           MR. SELDON:  No. What I was going to get

16   to next is trying to see if it's one -- what I'm

17   trying to see to begin with is, when you talk about

18   fulfillment and fulfillment procedures, is it one

19   type of set of procedures that are followed, even

20   if it's carried out by different groups?

21           Or are there different procedures,

22   depending on the type of loan or loan program?
```

1          THE WITNESS:  It could be different.

2          MR. SELDON:  Okay.  So there isn't any

3     easy way to do it.

4          Let's try this a slightly different way.

5          BY MR. SELDON:

6     Q     For the specialty loans, are the

7     fulfillment procedures essentially the same, or are

8     they different, or do you not know?

9     A     It depends on the program, they're

10    different.

11    Q     Okay. Now we'll have to do it a little

12    bit longer.

13         You talked about loan origination. In

14    your words, can you describe what that means?  And

15    I'm going to stick, unless I tell you otherwise,

16    with the specialty -- no, I'm not.

17         I'm going to ask you to define what to

18    you loan origination means, as you testified today,

19    and have testified.

20    A     In general, loan origination essentially

21    means the sales person takes a loan application,

22    originates a loan. they could source it from a

Page 34

1    variety of ways.

2         But they take the application, work with

3    the customer, meet with them, give counseling,

4    qualify them.

5         There are many, many more details that I

6    assume you don't want me to get into.

7    Q    Whatever you feel comfortable with.

8    A    They complete the up-front. There's

9    compliance requirements that are involved. There

10   are certain documents that have to be provided,

11   completed and provided, and signed.

12        They put the loan package together so a

13   loan file with those documents, and they print

14   items off of their computer.

15   Q    Okay.

16   A    And there may be some information or

17   pieces of document that they need to track down,

18   request and track down.

19   Q    Okay.

20   A    And again, this is high level. And then

21   once they prepare the loan file, then they send it

22   to the fulfillment center.  So that's the

Page 35

1    operations group.

2        Q     And let's stop right here for one second.

3

4              Is the loan origination, or the

5    origination of the loan, the first step in the

6    process which culminates with Wells Fargo either

7    underwriting a loan or not underwriting a loan?

8        A     What do you mean by culminates with Wells

9    Fargo?

10       Q     Well, in other words, which ends with,

11   which ends with either a loan being underwritten or

12   not underwritten.

13             Is origination the first step in that

14   process?

15       A     I'm not sure I can answer that. Some

16   originators do marketing to get the loans in.

17       Q     Okay.

18       A     So there are other steps that could be

19   taken.

20       Q     Does the process begin with a loan

21   originator?

22       A     Does the process --

1    Q    Let's forget this.

2         (Laughter.)

3         After origination is accomplished,

4    origination as you've described it, what is the

5    next step in the process for Wells Fargo?

6    A    The originator works with fulfillment.

7    Q    And again, let's now define, as you've

8    defined origination -- what do you mean by

9    fulfillment?

10   A    Fulfillment is the operations group.

11   Q    And the function of them is what?

12   A    Very high level. What they do is they

13   work with the originator to get that loan complete,

14   reviewed, underwritten, all the Is dotted, Ts

15   crossed.

16   Q    Hold on one second. Let me catch up with

17   you.

18        (Pause.)

19        Complete, reviewed, underwritten.

20   A    Underwritten.

21   Q    Generically speaking.

22   A    Right, generally speaking.

Page 37

```
 1      Q      Is and Ts.

 2      A      Yes.

 3      Q      Anything else?

 4      A      And the ultimate goal is to get the loan

 5   to close, which is also called funding. And they

 6   work with the originator throughout that process.

 7      Q      Okay. Now I guess what I'm trying to

 8   figure out, as you were describing what an

 9   originator did, working with customers, meeting

10   with them, getting compliance requirements, getting

11   documents, getting a loan package together.

12          Maybe you could clarify for me what then

13   goes on in the fulfillment process that is

14   different, if anything.

15      A      Different than?

16      Q      What the originator does with respect to

17   a loan.

18      A      The fulfillment center helps the

19   originator complete the loan if it's not complete.

20      Q      You mean the loan package?

21      A      The loan package, yes. There could be

22   missing documentation. We have to gather items such
```

Page 38

1   as homeowners insurance.

2          The fulfillment group also does the

3   underwriting if it's not originally approved

4   through the software that the loan originator uses.

5      Q     What does that mean -- approving the

6   underwriting?

7      A     Approve the loan, so to make sure that

8   they qualify, all the investor requirements are

9   met.

10     Q     I see.

11     A     That it can actually fund.

12     Q     So it would be a loan, meaning income

13  requirements.

14         Is that the idea?

15     A     Those are parts of it, yes.

16     Q     What else would it be?

17     A     Oh, gosh. Basically, we look at

18  collaterals of the property. We need to make sure

19  that that's okay.

20         That they meet the investor guidelines.

21  So depending on the loan and the investor, there

22  could be different guidelines.

1     Q     Okay.

2     A     For example, seller contributions.

3 Certain investors require certain amounts.

4     Q     Okay. I understand completely.

5     A     Okay.

6     Q     As you know, not only have I taken out a

7 few mortgage loans, I used to represent a lot of

8 mortgage lenders.

9             So you don't have to worry about losing

10 me, although you may anyway. But don't worry about

11 it.

12             (Laughter.)

13             You said the fulfillment, or operations

14 group, also one of the things they do in addition

15 to working with the originator to complete the loan

16 package, is to review the loan package.

17     A     Yes.

18     Q     What do you mean by that?

19     A     When they receive the file, they go

20 through a process of making sure that it's in

21 order. They review the documents that are in it.

22 They identify what documents may be missing.

Page 40

1              And that's part of what they work with,

2    the HMC.  HMC is home mortgage consultant, which is

3    the same as an originator.

4       Q     Very good.

5       A     So they work with the originator.

6       Q     Okay. Let me just go back -- this has

7    been very, very helpful.

8              Then you said something about, make sure

9    all the Is are dotted and the Ts crossed. I was

10   about to say, the Is crossed and the Ts dotted.

11      A     Right.

12             (Laughter.)

13      Q     Other than what you said already, did you

14   mean that there were things to review to ensure the

15   fulfillment of that were over and above what you've

16   defined already?

17      A     Yes. And it's a case-by-case situation.

18   So, for example, condos require a different

19   insurance document.

20             It's really case by case.

21      Q     Okay. Now, you talked about an operations

22   group here.

1           Is there one group that performed these

2    functions or more than -- let me get to the

3    punchline quickly.

4           We've talked with other folks and they've

5    talked about processing and underwriting as being

6    two separate processes.

7           You -- and again, correct me if I'm wrong

8    -- you've talked about an operations group and loan

9    fulfillment.

10          How many groups are involved in here, and

11   how many different processes are there?

12     A    Sometimes -- well, process -- operations

13   and fulfillment are the same.

14     Q    Okay.

15     A    Just to clarify that.

16     Q    I'm sorry. Let's just stick with that.

17     A    Sure.

18     Q    Operations and fulfillment are the same.

19   Is loan processing and loan origination the same --

20   loan processing and loan underwriting. Is that the

21   same or different processes?

22     A    It depends, and I hate to say that. But

Page 42

1    it does depend.

2           It depends on the fulfillment center. It

3    depends on the loan type.

4    Q     Okay. Let's stick with renovation loans

5    for a second.

6           Is there any specific way, whether

7    there's one or more operations group involved?

8    A     Renovation loans go through special

9    renovation fulfillment centers, and I don't know

10   the details of how they process those loans.

11   Q     Okay. Good. And then you were telling me

12   again what operations I think meant to you in terms

13   of fulfillment and how it different, if at all.

14          There was processing and underwriting and

15   you were explaining the various processes and

16   groups that could be involved.

17   A     The primary differences, operations, they

18   don't source the loan and take the application.

19          That's the primary difference.

20   Q     Okay. And then who does that?

21   A     The sales person, the originator.

22   Q     I guess what I was trying to do is we

1  have the sales person. We have processing group

2  where people do processing.

3          Is that right?

4    A    Yes.

5    Q    Okay. And then is there a separate group

6  that does the actual underwriting?

7    A    And that's what I was referring to

8  before. Sometimes it depends on how the fulfillment

9  center is set up on the loan type.

10   Q    Okay. Is it fair to say that whether it's

11  one group or two groups, that the loans that are

12  originated by Wells Fargo always get processed and

13  underwritten before they're closed?

14   A    Yes.

15   Q    And by that I mean go through the

16  processes of underwriting and processing before

17  they're closed.

18   A    Right. Sometimes it could be done by the

19  same person. Sometimes by two people doing those

20  two different functions.

21   Q    Okay. Are there specialty or different

22  processes, as opposed to different senders, but

Page 44

1    different processes that are involved in the

2    specialty loan area, for specialty loans?

3        A    So we talked about, I believe,

4    renovation.

5            Reverse has their own fulfillment centers

6    as well.

7        Q    Okay.

8        A    Mortgage banking has their own

9    fulfillment team.

10       Q    And what do you mean by private mortgage

11   banking?

12       A    Private mortgage banking, they do jumbo

13   loans, which are high-dollar amount loans.

14       Q    In excess of FHA limits, I guess.

15       A    Not just FHA. Conventional as well, but I

16   don't know the details.

17       Q    Right. Okay. And that's what private

18   mortgage banking is.

19       A    Yes.

20       Q    And you were saying, who else, and what

21   other groups or types of loan programs have their

22   own fulfillment operations?

Page 45

1          You mentioned those three.

2     A     Yes. Builder -- some of builder. They

3   have a specialty group. So we do -- it's called

4   construction perm. They have their own specialty

5   group.

6          That's a --

7     Q     Loan that goes from construction --

8     A     -- type of new construction, yes.

9     Q     The loan that is funded for construction

10  and then is converted to a permanent loan?

11    A     Correct.

12    Q     Okay.

13    A     Right. So those are the programs.

14    Q     Does each of these different -- and then

15  let's talk about the specialty loans.

16          Does each of those have their own

17  fulfillment center, or is there one fulfillment

18  center for these specialty loans?

19          MS. KHAN:  I think she was giving you

20  examples for specialty mortgages that have their

21  different fulfillment groups, is the way I

22  understood what she was saying.

1              MR. SELDON:  That's what I was trying to

2      find out.

3              THE WITNESS:  That's right. So renovation

4      has their own fulfillment centers. They only do

5      reno.

6              Reverse has their own. They only do

7      reverse.  Et cetera.

8              BY MR. SELDON:

9      Q      Now each of these specialty groups --

10     correct me if I'm wrong -- or each of these

11     specialty programs has different loan standards

12     that need to be met or not met?

13             Or is that wrong?

14     A      Every loan has standards and guidelines

15     and investor requirements and compliance

16     regulations that have to be met.

17     Q      And they may or may not be different

18     between different types of loans, I assume.

19     A      Correct.

20     Q      For example, FHA may have a certain

21     income requirement than a private mortgage banker

22     loan may have a completely different income

Page 47

1   requirement.

2       A       Correct. It could be different.

3       Q       Okay. And are the processing procedures

4   in various types of loans different as well?

5               MS. KHAN:  That's been asked and

6   answered. Go ahead.

7               MR. SELDON:  If you know.

8               MS. KHAN:  Answer it again.

9               THE WITNESS:  I was going to say, yes. It

10  depends on the loan type, yes.

11              BY MR. SELDON:

12      Q       Okay. And just so we're clear, when I was

13  saying procedures, I meant how a review is

14  conducted.

15              In other words, not the standards being

16  different, but the procedures for review of a loan.

17

18              Are they different as well?

19      A       I'm not sure I understand what you mean

20  by a review of a loan.

21      Q       A loan is originated and then you

22  described a process where it's insured that a loan

Page 48

1  package is complete and there are missing

2  documents.

3          Is that done differently in Wells Fargo

4  with different types of loans?

5      A    All loans require certain documents.

6      Q    Right.

7      A    So, from a high-level perspective, it's

8  done the same. The sales originator is supposed to

9  obtain all the documents. Sometimes they're not,

10 they don't.

11         And that's when fulfillment works with

12 the originator to get all the documents, regardless

13 of the programs.

14     Q    Okay.

15     A    The documents that they may be trying to

16 get could be different, again, depending on the

17 program, depending on the investor.

18     Q    Okay.

19     A    But the end result is to have all the

20 documents that are needed to make sure they

21 qualify, that the loan is approved.

22         Everything has been met and done and then

Page 49

1   they can fund.

2       Q      And so, is it fair to say, then, the

3   process is essentially the same?

4              MS. KHAN:  Objection. Go ahead and

5   answer.

6              THE WITNESS:  Honestly, I don't know how

7   I can answer -- give you any different information.

8              MR. SELDON:  Okay. That's fine. That's

9   fine.

10             BY MR. SELDON:

11      Q      Okay. And we'll just close this loop. I

12  think you talked about, you gave testimony about,

13  you specifically mentioned the process of

14  completing the loan and what the processes were,

15  were not similar.

16             Did you mean that as true with respect to

17  review and underwriting as well?

18             (Pause.)

19             Oh, forget it. Let's just move on. I

20  think you've answered that. You've answered that.

21             (Laughter.)

22             Okay. Now we're going to start to turn,

1          BY MR. SELDON:

2     Q     Okay. And that's fine. That's a little

3  bit different from what you said before, and that

4  is fine.

5          Okay. Let's go to the next page.

6          Loyce explained the fraud policy. And

7  does this mean that Ms. Gentry explained to Ms.

8  Gipson the fraud policy?

9     A     Yes.

10    Q     And it then says B -- is that right? --

11 meaning borrower?

12    A     Yes, borrower.

13    Q     Can't even fax from realtor's office.

14    A     Yes.

15    Q     Is that what Ms. Gentry said?

16    A     Yes, she did say that. That's why it's in

17 the notes.

18    Q     And is that, as we read your notes to

19 mean, that that is at that point how Ms. Gentry

20 explained to Ms. Gipson the Wells Fargo fraud

21 policy?

22    A     It's not a quote, but that is what Loyce

1   said.

2        Q      Okay.

3        A      Yes.

4        Q      So now let's go to the next paragraph --

5   we need to be more careful.

6               Is it fair to say that this is your

7   transcription of what Ms. Gipson is saying?

8        A      Yes.

9        Q      Now you've written down -- I haven't

10  focused, et cetera, et cetera. But in the left

11  side, it says -- you wrote down I, and I assume

12  this means for Ms. Gipson -- I don't look for those

13  things.

14       A      It's and.

15       Q      And I don't look for those things.

16       A      We need to be more careful. I haven't

17  focused on that. Get caught up in originations, et

18  cetera. And don't look for those things.  Need to

19  slow down.

20       Q      Okay. This I don't look for those things

21  is written in the left margin.

22              Do you recall if you added that after you

1    originally wrote down what Ms. Gipson said?

2        A     All of these were during the interview.

3        Q     No, I'm not saying that they were not

4    during the interview.

5        A     Oh.

6        Q     But were they added after your original

7    notes that are sort of indented a little bit on the

8    left side?

9        A     I don't recall. I can tell you everything

10   written in these pages was during the interview.

11             So I don't know.

12       Q     Okay.

13       A     That's all I can offer you.

14       Q     Do you have any recollection what Ms.

15   Gipson was referring to, or what you understand Ms.

16   Gipson to be referring to when she said, I don't

17   look for those things?

18       A     Yes. My interpretation is that she

19   doesn't look for, I guess, the fraudulent things

20   that could happen in a file and to connect the

21   dots.

22             And she doesn't specifically focus on

1   looking for those fraudulent items.

2      Q      I'm sorry -- but she didn't say that, did

3   she?

4      A      I didn't write it down --

5           MS. KHAN:  You're asking the Witness

6   for --

7           MR. SELDON:  Yes. I'm sorry, Karen?

8           MS. KHAN:  You're asking the Witness for

9   what she wrote down. And you're asking her to

10  interpret what she thought Yvonne was referring to.

11  And then you're coming back and saying, but Yvonne

12  didn't say that.

13          MR. SELDON:  That's a good point.

14          MS. KHAN:  It's a trick question.

15  Objection.

16          MR. SELDON:  It's not a trick question.

17  But it's good. That will slow it down.

18          MS. KHAN:  Well --

19          MR. SELDON:  Ms. Gipson said I haven't

20  focused on that, is your note. Ms. Gipson did not

21  say -- correct me if I'm wrong -- or admit during

22  the interview that she hadn't focused on fraud.

1          BY MR. SELDON:

2     Q     Is that correct?

3     A     Ms. Gipson had not -- I'm sorry. Could

4  you repeat that again?

5     Q     Let's say Ms. Gipson said, I haven't

6  focused on that.

7     A     Right.

8     Q     Your notes don't reflect that Mr. Gipson

9  said, I haven't focused on fraud.

10          Is that right?

11    A     Right, it doesn't say it right there. It

12  says that.

13    Q     Okay.

14    A     And that comment was right after Loyce

15  explained the fraud policy.

16    Q     The fraud policy being that faxed

17  documents can't be accepted from realtors.

18    A     Yes, that is part of it.

19    Q     That is, is that the that that Ms. Gipson

20  said that she hadn't focused on?

21    A     I assume.

22    Q     Don't know -- is it fair to say that you

1  don't know either way?

2      A     That would be my interpretation.

3      Q     Okay. Let's go to the next line. L --

4  don't give a VOE.

5            Is that a verification of employment?

6      A     Of employment, yes.

7      Q     And realtor to complete. And then there's

8  a Y and it says -- never!

9            First of all, in tone, does that mean

10 that Ms. Gipson was animated in some way?

11     A     Yes, she was.

12     Q     What were you -- I guess I'm going to ask

13 for your help here.

14           Don't give verification of employment to

15 realtor to complete, is what Ms. Gentry said and

16 Ms. Gipson says, you wrote down never.

17           It's not clear to me, and can you tell

18 from your notes, what that meant, exactly?

19     A     Loyce was saying that you can't give a

20 VOE to the realtor to complete.  And she was making

21 that point.

22           She may have asked it in a question