UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVONNE GIPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1184 (JMF) |
| ) | |
| WELLS FARGO ) | |
| BANK, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| YVONNE GIPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 00-2865 (JMF) |
| ) | |
| WELLS FARGO, ) | |
| BANK, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Motion to Strike Expert Report, Plaintiff's Opposition thereto, and the entire record in this matter;

It is hereby:

ORDERED that Defendant's Motion be, and the same hereby is, DENIED.

Dated this _____ day of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1