UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| YVONNE GIPSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 00-2865 (JMF) |
| WELLS FARGO CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

|  |  |  |
|---|---|---|
| YVONNE GIPSON, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1184 (JMF) |
| WELLS FARGO HOME MORTGAGE, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

These cases were referred to me, upon consent of the parties, for all purposes including trial. On September 1, 2005, I ordered these cases consolidated. To ensure a complete and orderly record, I, hereby, **ORDER** that, from this date forward, all filings in these consolidated cases shall be made in Civil Action No. 00-2865 only.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: