UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVONNE GIPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-1184 (JMF) |
| ) | Civ. Action No. 00-2865 (JMF) |
| WELLS FARGO ) | |
| BANK, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF FILING UNDER SEAL**

Plaintiff to the above action respectfully advises the Court that earlier today, plaintiff's Notice of Filing of the additional pages from the deposition of Clifford Frohn was made under seal in accordance with the Court's Order of February 21, 2006, which approved the parties' Stipulation of Confidentiality. A paper copy was served by hand on defendant's counsel.

Respectfully submitted,

/s/
_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100


/s/
_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968
Counsel for Plaintiff