**EXHIBIT 2, REPLY, PL. 1ˢᵗ MOTION IN <u>LIMINE</u>**

**PREVIOUSLY FILED AS**

**EXHIBIT 4, PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**