1

2          UNITED STATES DISTRICT COURT

3          FOR THE DISTRICT OF COLUMBIA

4     - - - - - - - - - - - - - - - -X

5      YVONNE GIPSON,                   :

6              Plaintiff      : Civil Action No.

7           v.                 :   05-1184 (JMF)

8     WELLS FARGO HOME MORTGAGE,INC.

9                  et al.,    : Civil Action No.

10          Defendants     :  00-2865 (JMF)

11    - - - - - - - - - - - - - - - -X

12               DEPOSITION OF BRIAN FOSS

13                    Washington, D.C.

14                  Monday, June 12, 2006

15          Deposition of BRIAN FOSS, called for

16    examination at 11:00 a.m., at the law offices of Robert

17    C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite

18    305, Washington, D.C., before Gary S. Howard, a notary

19    public in and for the District of Columbia, when were

20    present on behalf of the respective parties:

21

22

1    with Mr. Stephen Harper, professionally?

2       A       Stephen is a branch manager. And

3    periodically, I would meet with branch managers to

4    discuss renovation sales strategies.

5       Q       And then in terms of that period of time,

6    Ms. Gipson -- how did the supervision work? And I'm

7    focusing on between you and Mr. Harper.

8               How did that work?

9       A       Ms. Gipson had a solid line, as we put

10   it, to Steve Harper, and a dotted line to me for

11   reporting purposes.

12      Q       Can you just elaborate what that meant?

13      A       Yes. So for payroll purposes, human

14   resources items, and the like, disciplinary actions

15   and so forth would be handled by the manager with a

16   solid line.

17      Q       Meaning for people above.

18      A       Correct.

19      Q       And the dotted line to you meant what?

20      A       I was there for sales support, for a

21   specific loan product.

22              That being renovation.

1    Mr. Frohn, was involved in the decision?

2         A      Don't know.

3         Q      Do you know what the fraud risk

4    management group is at Wells Fargo?

5         A      Yes.

6         Q      What is it, to your understanding?

7         A      They are alerted to possible fraud in

8    loan files.

9         Q      Okay.

10        A      That's basically it. And they follow up

11   concerns about fraud.

12        Q      Do you work with that group?

13        A      No.

14        Q      Are you familiar with a group known as

15   the fraud committee?

16        A      No.

17        Q      Okay. Good. I'm going to ask you a couple

18   questions. But what I'm going to do is sort of ask

19   about a couple in a row, a couple big ones, because

20   I think it will make your deposition go faster.

21              The first one is actually sort of small.

22              I take it at some point you sat in on a

1    meeting when Ms. Gipson was terminated.

2         A     Yes.

3         Q     Okay. Did you know prior to then that she

4    was going to be terminated or was being considered

5    for termination?

6              MS. KHAN:  Objection.

7              MR. SELDON:  Go ahead and answer.

8              MS. KHAN:  You may answer the question.

9              THE WITNESS:  No.

10             BY MR. SELDON:

11        Q     Okay. So when did you first learn about

12   it, then?

13        A     A phone call.

14        Q     From whom?

15        A     Cliff Frohn.

16        Q     What did Mr. Frohn say to you, to the

17   best of your recollection?

18        A     The best that I can recall, just that Ms.

19   Gipson would need to be terminated for violating

20   company policy.

21        Q     Okay. Did he say anything else that you

22   can recall?