Page 1

1        UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - - - -X

4   YVONNE GIPSON,                    :

5             Plaintiff       : Civil Action No.

6         v.                  : 05-1184 (JMF)

7   WELLS FARGO HOME MORTGAGE, INC.

8             et al.,         : Civil Action No.

9           Defendants        : 00-2865 (JMF)

10   - - - - - - - - - - - - - - - -X

11              DEPOSITION OF CLIFFORD FROHN

12                      Washington, D.C.

13                      Wednesday, June 14, 2006

14         Deposition of CLIFFORD FROHN, called for

15   examination at 9:40 a.m., at the law offices of Robert

16   C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite

17   305, Washington, D.C., before Gary S. Howard, a notary

18   public in and for the District of Columbia, when were

19   present on behalf of the respective parties:

20

21

22

```
 1      A     Well, at some point, and I don't remember
 2   where it was, we had opened up D.C. to allow either
 3   the area manager in Rockville or the area manager
 4   in Greenbelt, and whoever recruited people, whoever
 5   opened up offices could have that territory.
 6            And then at some point, we assigned that
 7   to the Rockville area. I just don't recall what the
 8   date of that was happening. I don't know if that
 9   happened at this time.
10      Q     Okay. Ms. Khan will correct me if I'm
11   wrong, and perhaps even if I'm right. But we've had
12   testimony in this case, I believe, that at the time
13   of her termination, Mr. Gipson's direct report was
14   Stephen Harper.
15      A     Right.
16      Q     Does that assist you in any way in
17   figuring out what D.C. was a part of?
18      A     No.
19      Q     Okay. That's fair enough.  So what I've
20   got then --
21            MS. KHAN:  She wasn't assigned to the
22   D.C. office.
```

1   Q    Let's put it this way. Since you don't
2   remember anything, did you have an understanding at
3   that time of what use or uses the talking points
4   would be put to?
5   A    Yes. To have a discussion with Ms. Gipson
6   and to terminate her employment.
7   Q    Okay. That's fair. And the action
8   taken -- we're now going backwards -- was once
9   again your having made the decision to terminate
10  her, I take it.
11  A    Yes.
12  Q    Did you recall explaining what made you
13  make that determination to Mr. Natali?
14  A    Did I explain it to him?
15  Q    Yes.
16  A    Again, I don't remember the conversation.
17  I think in my earlier answer I probably outlined
18  the --
19  Q    Okay. Let's back up one step. You said in
20  your conversation with Mr. Natali -- but again,
21  it's your testimony that counts -- that you
22  reviewed the findings of the fraud committee with

Page 128

1  got it straight because once before I didn't.
2        MS. KHAN:  Right. So, for example, there
3  are a couple of these entries -- Virginia Beach,
4  for example -- that would not necessarily be in
5  Region 12.
6        MR. SELDON:  Okay. So let's do that
7  first, then.  Let's look through the list and tell
8  me, don't mark up yours, I'll mark up mine -- well,
9  actually, we'll do this in a minute.
10        MS. KHAN:  Sure.
11        MR. SELDON:  And then I've got some other
12  documents. We asked for supporting documents to be
13  given to us by Wells Fargo's counsel as well.
14        So I'm going to mark one as Frohn Exhibit
15  3.
16        THE COURT REPORTER:  No. 3.
17              (The document referred to
18               was marked for identification
19               as Deposition Exhibit No. 3.)
20        MR. SELDON:  So this, I'll represent to
21  you, is among the documents supporting the
22  information that's compiled in Frohn Exhibit 2.

```
 1            Was that within Region 12 in February of
 2   '04?
 3      A     Yes.
 4      Q     Elizabeth Jacobsen, home mortgage
 5   consultant, Frederickburg, March of '04.
 6            Was that within Region 12?
 7      A     She's in Region 12, yes.
 8      Q     Laurie Anderson-Bruch, Bethesda, May,
 9   2004.  Was she in Region 12?
10      A     That's Region 12, right.
11      Q     I think we know that Yvonne Gipson was.
12   Charles Oyetimbo -- is that how you pronounce his
13   name?
14      A     I guess.
15      Q     August of '04, Greenbelt. Is that --
16      A     That would have been Region 12.
17      Q     Okay. Femi Adebayo, private mortgage
18   banker, October '04, Bethesda.
19            Region 12?
20      A     Yes.
21      Q     Liliana Bravo, home mortgage consultant,
22   Silver Spring, January, '05.
```

```
 1     A     I don't remember that part.
 2     Q     What in particular were the company
 3  policies that you recall concluding that Mr.
 4  Johnson had violated?
 5     A     I don't remember. I would have to look at
 6  documentation.
 7     Q     Okay. Let's go through it, then, because
 8  I'm going to go through the list and then see where
 9  we are because there's some documentation to go
10  through. We're not going to go through all of it,
11  but let's go through the whole list and then we'll
12  back up.
13           Anything else before we get documents out
14  that you remember about Mr. Johnson?
15     A     No.
16     Q     Any recollection about him -- again, if
17  you don't, we'll wait until we get the
18  documents -- having gotten loans from one
19  particular source, anything like that?
20     A     No.
21     Q     All right.
22     A     I would have to review the documents to
```