```
00001
   IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLUMBIA
   - - - - - - - - - - - - -X
   YVONNE GIPSON,         :
                          :
      Plaintiff,          :
                          :
   vs.                    : Civil Action No.
                          : 05-1184 (JMF)
   WELL FARGO HOME        :
   MORTGAGE, INC.,        :
                          :
      Defendant.          :
   - - - - - - - - - - - -X
   YVONNE GIPSON,         :
                          :
   vs.                    : Civil Action No.
                          : 00-2865 (JMF)
   WELLS FARGO CORPORATION, :
   et al.,                :
                          :
      Defendants.         :
   - - - - - - - - - - - -X
   DEPOSITION OF LOYCE GENTRY,
   taken by the Counsel for the Plaintiff before Eileen
   Hicks, Certified Shorthand Reporter of the State of
   Iowa, at 317 Sixth Avenue, Suite 606, Des Moines,
   Iowa, commencing at 8:30 a.m., Tuesday, May 23, 2006.
   EILEEN HICKS - CERTIFIED SHORTHAND REPORTER
```

```
00063
 1  A.  The action or the allegation and the action
 2  that took place as a result of the allegation in some
 3  cases.
 4  Q.  The individuals that are listed here,
 5  they're not all home mortgage consultants, I take it,
 6  are they?
 7  A.  No, they are not.
 8  Q.  One other job category--I use that term very
 9  loosely--that's listed is--and let's look at
10  Mr. Adebayo, October 2004, it says "Private mortgage
11  banker accused"--and then it goes on from there, and
12  then it says "HMC was terminated."  Is that two
13  different people?
14  A.  No.
15  Q.  HMC means home mortgage consultant, I
16  assume?
17  A.  Right.
18  Q.  What is a private mortgage banker?
19  A.  That is a term that we use interchangeably,
20  depending on if they're working in a bank or with a
21  banking--or, I'm sorry, not a bank, with a customer
22  base that is the upper end, shall we say, customer.
23  Q.  Okay.  And so, in other words, private
24  mortgage banker and home mortgage consultant, are
25  those terms used interchangeably, you said?
```

00064
1  A.  In this instance they are interchangeable,
2  yes.
3  Q.  For purposes in this chart--I don't know if
4  they appear anywhere else--but they would be
5  interchangeable?
6  A.  Yes.
7  Q.  Now, we see a couple of other job categories
8  or individuals who have other job titles.  Are all
9  the people listed here held to the same standard or
10 standards?
11 MS. KHAN:  Object to the form.
12 A.  Yes.
13 BY MR. SELDON:
14 Q.  Okay.  And by standards, I mean standards of
15 conduct and adherence to policy at Wells Fargo?
16 A.  Yes.
17 Q.  Okay.  So, now, let's go to the first line.
18 Sasha Ross, servicing collector.  I may ask you to
19 mark on that, I'm not sure, servicing collector, et
20 cetera.
21 Were you involved in any way, either
22 directly or--were you involved directly in Ms. Ross'
23 investigation?
24 A.  Let me look at this.
25 No, I was not, that I recall.