Page 1

1

2      UNITED STATES DISTRICT COURT

3      FOR THE DISTRICT OF COLUMBIA

4  - - - - - - - - - - - - - - -X

5   YVONNE GIPSON,                    :

6             Plaintiff       : Civil Action No.

7        v.                   :  05-1184 (JMF)

8   WELLS FARGO HOME MORTGAGE, INC.

9             et al.,         : Civil Action No.

10            Defendants      :  00-2865 (JMF)

11  - - - - - - - - - - - - - - -X

12              DEPOSITION OF LEO NATALI

13                  Washington, D.C.

14                  Monday, June 12, 2006

15          Deposition of LEO NATALI, called for

16  examination at 2:45 p.m., at the law offices of Robert

17  C. Seldon & Associates, P.C., 1319 F Street, N.W., Suite

18  305, Washington, D.C., before Gary S. Howard, a notary

19  public in and for the District of Columbia, when were

20  present on behalf of the respective parties:

21

22

Page 20

 1     Q     Not at all?  Okay. The origination of
 2  renovation loans, I take it is something that
 3  you're familiar with?
 4     A     Yes.
 5     Q     Do you supervise those home mortgage
 6  consultants who originate renovation loans of one
 7  sort or another?
 8     A     Do I?
 9     Q     Yes.
10     A     No.
11     Q     Is that supervised in a separate way?
12     A     Yes.
13     Q     Okay. Maybe you could describe that for
14  us. And what I'm going to ask you to do now is,
15  let's start with 2004, the year that Ms. Gipson was
16  terminated.
17          And then, if we need to, I'll ask you if
18  there was any changes.  Let's start with 2004. How
19  does that work?
20     A     Yvonne was a direct report of the branch
21  manager in Greenbelt.
22     Q     And who was that, by name?

```
 1     A     Steve Harper.
 2     Q     Okay.
 3     A     Are you interested in the dotted-line
 4  reporting?
 5     Q     Yes.
 6     A     Dotted-line reporting to Brian Foss, who
 7  at that time held the position of -- regional
 8  renovation manager?
 9           Regional renovation manager, I believe.
10     Q     And where, if anywhere, did you fit in
11  this chain, if at all?
12     A     The Greenbelt branch rolls up to me.
13     Q     Okay. So hold on one second. Mr. Foss was
14  -- we need to go back. Sorry.
15           She's a direct report to the branch
16  manager. And that would have been the branch headed
17  by?
18     A     Steve Harper.
19     Q     Okay.  And he was the Greenbelt branch.
20  Is that right?
21     A     That's right.
22     Q     Okay. And the Greenbelt branch then
```

Page 38

```
 1   over here.
 2            (Laughter.)
 3       Q    Bethesda -- was that, and is that
 4   today -- was that in 2004 an office that reported
 5   to you in managing the Greenbelt area?
 6       A    Yes.
 7       Q    Silver Spring?
 8       A    No.
 9       Q    What area was that part of, if you know?
10       A    I believe it's part of the Rockville
11   area.
12       Q    Baltimore?
13       A    No.
14       Q    Rockville?
15       A    No.
16       Q    That's its own?
17       A    Yes.
18       Q    What area was that part of?
19       A    Rockville?
20       Q    Yes.
21       A    Rockville.
22       Q    Do you know who headed that in 2004?
```

```
 1     A    The branch or the area?
 2     Q    Let's start with the branch. If you don't
 3   know, let's do the area.
 4     A    I'm not sure because of the timing. The
 5   area manager, I'm sure of.
 6     Q    Who was that?
 7     A    That's Charley Vance.
 8     Q    How about Landover, Maryland?
 9     A    That reports to me. That's the same as
10   Lanham.
11     Q    I see.
12     A    It's right on the line.
13     Q    Got it. Lines have to be drawn somewhere,
14   though.
15     A    Right.
16     Q    Westminster?
17     A    No.
18     Q    Millersville?
19     A    In 2004, yes.
20     Q    That's one of the ones that was taken
21   away earlier this year.
22          Correct?
```

Page 40

```
 1     A     Correct.
 2     Q     Frederick, Maryland?
 3     A     No.
 4     Q     Salisbury, Maryland?
 5     A     No.
 6     Q     Glen Burnie, Maryland?
 7     A     Yes.
 8     Q     Charlottesville, Virginia?
 9     A     No.
10     Q     I think you said, Annandale, no.
11     A     That's correct.
12     Q     Winchester, no, I think you said.
13     A     Correct.
14     Q     Virginia Beach, I think you said, no.
15     A     Correct.
16     Q     Woodstock, you said, no.
17     A     Correct.
18     Q     And what did you say, Fairfax?
19     A     No.
20     Q     Of those branches that reported up
21     through the chain to you, were you always the
22     immediate supervisor of the branch manager?
```