**EXHIBIT 3**

02/13/2004 01:06 2025299026 WELLS FARGO HOME MORTGAGE PAGE 02/02
FEB 13 '04 11:56 FR WELLS FARGO HOME MORT301 982 0617 TO 2025299026






## 2003 Managing Premier Performance

Enter Objectives
Summarize Performance and Year End Rating
Plan for Development and Carry to Next Cycle

GIPSON
202285

### Team Member Information

Name: Yvonne Gipson
Employee ID #: 202285
Job Title: Mortgage Consultant
Department Name: Mortgage

For Year (month/year): 1/1/03 to 12/31/2003
Mid-Year completed (date):
Prepared By: Steve Harper

BEST COPY AVAILABLE

### Summary Information for Year End:

**Effective Date:** 3/1/2004
**Current Salary:** $0.00
**Percentage Increase:** N/A
**New Salary:** $0.00
**Year End Rating:** 5-Significantly Above All Key* Targets

**Once all parts are completed, print for signatures and submission.**

Manager Signature: [signature] Date: 2-13-04
Manager Typed/Printed Name: Steve Harper
Manager Phone Number: 3014748181
Second Level Manager Signature: Leo P. Natali Date: 2/26/04
Second Level Manager Typed/Printed Name: Leo P. Natali

Third Level Manager Signature, if applicable: ________ Date: ________
Third Level Manager, if applicable, Typed/Printed Name: ________

**Signing this form does not indicate agreement, but only acknowledges that your performance has been discussed and reviewed with you.**

Team Member Signature: [signature] Date: 2-13-4
Team Member Typed/Printed Name: Yvonne Gipson

### Managing Premier Performance Instructions

- The top page of this form must be completed and attached to the front of all MPP submissions.
- Obtain appropriate manager level and team member signature.
- MPP documents must be received by the MPP Administrator by Feb. 6, 2004 increases to be accurately reflected on March 15, 2004 payroll.
- Retain a copy for manager's file.

Send completed original to:
**MPP Administrator**
**MAC X2401-02A**

MAR 01 2004

Overnight Address:
**One Home Campus**
**Des Moines, IA 50328-0001**
**ATTN: MPP Administrator**
**MAC X2401-02A**

***This Page must be included with any MPP form used for the 2003 MPP processing year.***

*MPP Form Final*

Page 1 /4



CONFIDENTIAL

# 2003 Managing Premier Performance

Enter Objectives
Summarize Performance and Year End Rating
Plan for Development and Carry to Next Cycle

WELLS FARGO HOME MORTGAGE

## Business Objectives, Summarize Performance and Year End Rating

1) Entering at least 2 key objectives is required. Attach any mid-year or additional documentation when returning your completed 2003 MPP form. If assistance is needed with writing objectives, access the MPP Web site at: http://santafe.homestead.wellsfargo.com/wfhm/hr/mpp/
2) Assign a weighting to each objective, generally 10% or greater. Objective weights should total 100%.
3) Rate each objective using the following:
   - 1 - Significantly Below All Key* Targets
   - 2 - Met Some But Not All Key* Targets
   - 3 - Met All and May Have Exceeded Some Key* Targets
   - 4 - Consistently Above All Key* Targets
   - 5 - Significantly Above All Key* Targets

   **Key targets are those most critical to the performance of an objective*
4) Provide overall view of performance and year end rating.
5) Allow team member to provide overall view of performance.

| Objective | Weight |
|---|---|
| **Objective 1:** Close $30,000,000 in volume for 2003<br>**Rating:** 5-Significantly Above All Key* Targets<br><br>**Target:** Yvonne was the highest producer in the Greenbelt Branch with $36,122,614 in closed volume in 2003 | **Weight**<br>40% |
| **Objective 2:** Price loans to make a profit<br>**Rating:** 5-Significantly Above All Key* Targets<br><br>**Target:** Because Yvonne does a lot of renovation business, her loans are very profitable | **Weight**<br>20% |
| **Objective 3:** Provide Excellent Customer Service<br>**Rating:** 5-Significantly Above All Key* Targets<br><br>**Target:** Yvonne does an excellent job on her customer service scores | **Weight**<br>20% |
| **Objective 4:** Submit a complete loan package<br>**Rating:** 4-Consistently Above All Key* Targets<br><br>**Target:** Yvonne is a very seasoned HMC who puts together a complete package | **Weight**<br>20% |
| **Objective 5:**<br>**Rating:** Click to Rate<br><br>**Target:** | **Weight**<br>% |
| **Objective 6:**<br>**Rating:** Click to Rate<br><br>**Target:** | **Weight**<br>% |

CONFIDENTIAL

# 2003 Managing Premier Performance

Enter Objectives
Summarize Performance and Year End Rating
Plan for Development and Carry to Next Cycle




**Mid-Year End Feedback:**

**Year End Feedback:**

This was Yvonne's best year in the mortgage business, she has a bright future for 2004.

**Year End Rating:**

5-Significantly Above All Key* Targets

**Team Member Comments:**

CONFIDENTIAL

## *2003 Managing Premier Performance*

Enter Objectives
Summarize Performance and Year End Rating
Plan for Development and Carry to Next Cycle



## Development Planning

1. Based on feedback identify 1-2 development needs. These should be carried into the next performance year. Attach any additional documentation when returning your completed 2003 MPP form.
2. Identify strategies for development: e.g. completing a special project, attending a seminar, building a mentor relationship or, attending training. As you think about developmental planning, review the competency list or for general assistance, access the MPP Web site at: http://santafe.homestead.wellsfargo.com/wfhm/hr/mpp/.
3. Determine how you will measure team member progress for each development need.

**Development Need 1:**
Increased referral partners (Realtors)

Strategies for Development:
Solistation

Measurement:
Production Levels

**Development Need 2:**
Market to other branches for renovation business

Strategies for Development:
Solistation, must provide excellent customer service to keep referrals coming in.

Measurement:
Production Levels



WF 001595




# 2002 Managing Premier Performance

Enter Objectives
Summarize Performance and Year End Rating
Plan for Development and Carry to Next Cycle

## Team Member Information

**Name:** Yvonne Gipson
**Employee ID #:** 202285
**Job Title:** Mortgage Consultant
**Department Name:** Mortgage

**For Year (month/year):** 1/02 to 12/02
**Mid-Year completed (date):**
**Prepared By:** Steve Harper

## Summary Information for Year End:

**Effective Date: 3/1/2003**
**Current Salary:** $0.00
**Percentage Increase:** N/A
**New Salary:** $0.00
**Year End Rating:** 4-Consistently Above All Key* Targets

**Once all parts are completed, print for signatures and submission.**

Manager Signature: [signature] Date: 2/4/03

Manager Typed/Printed Name: Steve Harper

Manager Phone Number: 301-474-8181

Second Level Manager Signature: [signature] Date: 2/7/03

Second Level Manager Typed/Printed Name: Leo Natali

Third Level Manager Signature, if applicable: ______ Date: ______

Third Level Manager, if applicable, Typed/Printed Name: ______

**Signing this form does not indicate agreement, but only acknowledges that your performance has been discussed and reviewed with you.**

Team Member Signature: [signature] Date: 2-4-03

Team Member Typed/Printed Name: Yvonne Gipson

## Managing Premier Performance Instructions

- The top page of this form must be completed and attached to the front of all MPP submissions.
- Obtain appropriate manager level and team member signature.
- MPP documents must be received by the MPP Administrator by **February 7, 2003** for salary increases to be accurately reflected on March 15, 2003 payroll.
- Retain a copy for manager's file.

Send completed original to:
**MPP Administrator**
**MAC X2401-02B**

FEB 12 2003

Overnight Address:
**One Home Campus**
**Des Moines, IA 50328-0001**
**ATTN: MPP Administrator**
**MAC X2401-02B**

***This Page must be included with any MPP form used for the 2002 MPP processing year.***







# 2002 Managing Premier Performance

Enter Objectives
Summarize Performance and Year End Rating
Plan for Development and Carry to Next Cycle

## Business Objectives, Summarize Performance and Year End Rating

1) Entering at least 2 key objectives is required. Attach any mid-year or additional documentation when returning your completed 2002 MPP form. If assistance is needed with writing objectives, access the MPP Web site at: http://santafe.homestead.wellsfargo.com/wfhm/hr/mpp/
2) Assign a weighting to each objective, generally 10% or greater. Objective weights should total 100%.
3) Rate each objective using the following:
   - 1 - Significantly Below All Key* Targets
   - 2 - Met Some But Not All Key* Targets
   - 3 - Met All and May Have Exceeded Some Key* Targets
   - 4 - Consistently Above All Key* Targets
   - 5 - Significantly Above All Key* Targets

   **Key targets are those most critical to the performance of an objective*
4) Provide overall view of performance and year end rating.
5) Allow team member to provide overall view of performance.

| Objective | Weight |
|---|---|
| **Objective 1:** Close $18,000,000 in volume for 2002<br>**Rating:** 3-Met All and May Have Exceeded Some Key* Targets | **Weight** 40% |
| **Objective 2:** Price Loans to make a Profit<br>**Rating:** 5-Significantly Above All Key* Targets | **Weight** 20% |
| **Objective 3:** Provide Excellent Customer Service<br>**Rating:** 5-Significantly Above All Key* Targets | **Weight** 20% |
| **Objective 4:** Submit a Complete Loan Package and Oversee File Maintaince<br>**Rating:** 4-Consistently Above All Key* Targets | **Weight** 20% |
| **Objective 5:**<br>**Rating:** Click to Rate | **Weight** % |

**Year End Feedback:**

Yvonne had a very good year and has the potentional to do even more business in 2003. She is a seasoned mortgage consultant who provided her customers excellent service.

**Year End Rating:**

4-Consistently Above All Key* Targets

**Team Member Comments:**

CONFIDENTIAL

## 2002 Managing Premier Performance

Enter Objectives
Summarize Performance and Year End Rating
Plan for Development and Carry to Next Cycle



## Development Planning

1. Based on feedback identify 1-2 development needs. These should be carried into the next performance year. Attach any additional documentation when returning your completed 2002 MPP form.
2. Identify strategies for development; e.g. completing a special project, attending a seminar, building a mentor relationship, attending training. As you think about developmental planning review the competency list or for general assistance, access the MPP Web site at: http://santafe.homestead.wellsfargo.com/wfhm/hr/mpp/.
3. Determine how you will measure team member progress for each development need.

**Development Need 1:**

**Strategies for Development:**
Identify, Target and Maintain 5 New Referral Sources (Agents, Builders etc.)

**Measurement:**
Monitor target & working referral list

**Development Need 2:**

**Strategies for Development:**

**Measurement:**

CONFIDENTIAL

# Premier Performance

1. Teach the Wells Fargo Home Mortgage Vision & Key Capabilities
2. Set Objectives and Targets
3. Provide Feedback and Coaching
4. Summarize Performance
5. Plan for Development



**Use this document for:** **Sales Team Members**
**Service Team Members**

**This document is intended to be used year-round for individuals who have a sales or service role at Wells Fargo. Begin using it at the start of a performance cycle teach the strategy of the business and to identify key objectives and targets. Continue using it to give feedback. Wrap-up the performance cycle by summarizing performance, giving success profile feedback and building the development plan for the coming year.**

**Each cycle is denoted by color. The Start of Cycle asks that you fill out all areas with green sidebars. The Middle of Cycle asks that you fill out all areas with yellow sidebars. The End of Cycle asks that you fill out all areas with red sidebars. The tab key will move sequentially throughout the document. Use the mouse, arrow keys or the scroll bar to go back to previous entries. Text is not limited to the size of the box. You may enter as much as you like.**

| Legend | | |
|---|---|---|
| | Start of Cycle | Green |
| | Middle of Cycle | Yellow |
| | End of Cycle | Red |

**Name:** Yvonne Gipson

**Employee ID #:** 202285

**Job Title:** Home Mortgage Consultant

**Department Name:** Mortgage

**For Year (month/year):** 1/2001 **to** 12/2001

**Prepared By:** Steve Harper

**Job Title:** Branch Manager

APR 1 7 2002



*ND017001*



WF 001599

CONFIDENTIAL

## ☐ Teach the Wells Fargo Home Mortgage Business Strategy

☐ ***Start of Cycle:***

1. Teach Wells Fargo & Company Vision and WFHM vision, values and business strategy (strategy, goals and key capabilities).
2. List vision and business strategy for business/ region and for the team member's group or department.

☐ **Wells Fargo & Company Vision:**

Satisfy all of our customers' financial needs and help them succeed financially, and be recognized as one of America's great companies and the premier provider of financial services in every one of our markets, number one, second to none.

☐ **Wells Fargo Home Mortgage Vision:**

To be recognized by consumers and clients as the preferred choice in homeowner solutions

☐ **Wells Fargo Home Mortgage Key Capabilities**

Business Growth

Operational Excellence

Leaders and Team Members

Technology

Liquidity

Customer Focus

☐ **Business/Region—Vision and Business Strategy**

☐ **Group/Branch /Department—Vision and Business Strategy:**

CONFIDENTIAL

## Premier Performance

1. Teach the Wells Fargo Home Mortgage Vision & Key Capabilities
2. Set Objectives and Targets
3. Provide Feedback and Coaching
4. Summarize Performance
5. Plan for Development




## ☐ Key Business Objectives and Targets/Feedback and Coaching

☐ ***Start of Cycle:***

1. List 3-5 key objectives that are critical for this team member as they relate to the group's/store's/department's business strategy. One objective can be related to individual development.
2. Define targets for each objective.
3. Assign a weight to each objective. It is recommended that individual development have a minimum weighting of 5%. Targets for this cycle's individual development objective should be taken from last cycle's Development Plan. The sum of the weightings for all objectives should total 100%.

***Middle of Cycle:***

4. Provide feedback and coaching for each objective during the middle of the performance cycle. You may provide feedback more frequently; e.g. quarterly.

☐ ***End of Cycle:***

5. Provide feedback for each objective at the end of the performance cycle.
6. Assign a year end rating for each objective:
   - 1 - Significantly Below All Key* Targets
   - 2 - Met Some But Not All Key* Targets
   - 3 - Met All and May Have Exceeded Some Key* Targets
   - 4 - Consistently Above All Key* Targets
   - 5 - Significantly Above All Key* Targets

**Key targets are those most critical to the performance of an objective*

| **#1 Objective:** | Meet or Exceed loan origination volume goals based on the Chunk Down Process | **Weight** 30% **of 100%** |
|---|---|---|

**Targets:**
1.) Close 15,000,000 in procudtion for year 2001
2.) Price loan to make a profit
3.) Use cross sell opportunities

**Throughout the Year Feedback and Date(s) Completed:**
Yvonne seems to be on track to reach for closing goals. She specializes in renovation financing is vey profitable to the branch. Also, she uses cross sell opportunities whenever she can.

**Year End Feedback:**
Yvonne closed $15,253,871 in closed production. This is an exceptional accomplishment due to the fact that a good percentage of these loans are renovation loans. Yvonne has had a few personal setbacks and has had the challenge of training several assistants in 2001. Her current assistant (Rebeca Banks) seems very commited to helping Yvonne increase her productivity for year 2002.

CONFIDENTIAL

**Year End Rating**

5-Significantly Above All Key* Targets

* Key targets are those most critical to the performance of each objective.

| **#2 Objective:** | High Trust Sales & Marketing | **Weight** 30% **of 100%** |
|---|---|---|
| | **Targets:**<br>1.) Follow through and implement the HTSM plan<br>2.) Meet with manager to discuss objectives on a regular basis<br>3.) Complete Program | |

**Throughout the Year Feedback and Date(s) Completed:**
Completed Stage One

**Year End Feedback:**
Completed Stage Two which meets the compaines requirement

**Year End Rating**

3-Met All and May Have Exceeded Some Key* Targets

* Key targets are those most critical to the performance of each objective.

| **#3 Objective:** | Meet or Exceed Customer Satisfaction Goals | **Weight** 10% **of 100%** |
|---|---|---|
| | **Targets:**<br>1.) Customer service rating of 90% on questions 1 & 2<br>2.) Continue to attend closings for maximum customer service<br>3.) Use HTSM program as it related to customer service | |

**Throughout the Year Feedback and Date(s) Completed:**
Yvonne works very hard to insure the loan process runs smoothly. She understands the benefits of attending settlements and uses HTSM to increase customer service.

**Year End Feedback:**
Yvonne has a 64.3% on quesiton 1 and 81.82% on quesiton 2. She attends most of her settlements for maximum customer service and also has used same elements of HTSM as it relates to customer service.

**Year End Rating**

2-Met Some But Not All Key* Targets

* Key targets are those most critical to the performance of each objective.

| **#4 Objective:** | Embrace Process Systems & Follow work flow | **Weight** 30% **of 100%** |
|---|---|---|
| | **Targets:**<br>1.) Taking a complete loan application/Attention to Detail/Get all docs upfront<br>2.) Setting up the loan completely/Complete file label<br>3.) Setting the right expectation with all parties associated with the transaction | |

CONFIDENTIAL

4.) Good communication with the Map Center especialy when there are changes. If the info is received by the loan officer send it to the mortgage specialist immediatly.
5.) Follow the 10 day rule
6.) Monitor Expiring list

**Throughout the Year Feedback and Date(s) Completed:**
Yvonne is a very seasoned HMC who accomplished the above referenced targets very well.

**Year End Feedback:**
Yvonne continues to achieve these targets and is training her assistant to do accountabilities as well.

**Year End Rating**
5-Significantly Above All Key* Targets

* Key targets are those most critical to the performance of each objective.

## #5 Objective:

**Weight** % **of 100%**

**Targets:**

**Throughout the Year Feedback and Date(s) Completed:**

**Year End Feedback:**

**Year End Rating**
Click to Rate

* Key targets are those most critical to the performance of each objective.

## #6 Objective:

**Weight** % **of 100%**

**Targets:**

**Throughout the Year Feedback and Date(s) Completed:**

**Year End Feedback:**

**Year End Rating**
Click to Rate

* Key targets are those most critical to the performance of each objective.

CONFIDENTIAL

| #7 Objective: | | Weight % of 100% |
|---|---|---|
| Targets: | | |
| Throughout the Year Feedback and Date(s) Completed: | | |
| Year End Feedback: | | |
| Year End Rating<br>Click to Rate | | |

* Key targets are those most critical to the performance of each objective.

## Premier Performance

1. Teach the Wells Fargo Home Mortgage Vision & Key Capabilities
2. Set Objectives and Targets
3. Provide Feedback and Coaching
4. Summarize Performance
5. Plan for Development

WELLS FARGO

## Year End Summary and Rating

☐ ***End of Cycle:***

1. Provide overall view of performance.
2. Assign year-end rating.
3. Review year-end summary and rating with Second Level Manager (no signature required at this time).
4. Allow team member to provide overall view of performance.

**Overall View of Performance:**
Yvonne seems to be running her business very well. I feel that her focus in 2002 should be to increase her number of business partners. Implemtation of Stage III of HTSM will benefit Yvonne in 2002.

**Year End Rating:**
4-Consistently Above All Key* Targets

* Key objectives are those most critical to the performance of a job.



WF 001604

CONFIDENTIAL

**Team Member Feedback:**





# Premier Performance

1. Teach the Wells Fargo Home Mortgage Vision & Key Capabilities
2. Set Objectives and Targets
3. Provide Feedback and Coaching
4. Summarize Performance
5. Plan for Development

WELLS FARGO

## ☐ Sell/Service Success Profile Feedback

☐ *Start of Cycle:* 1. Click on either the sell or service success profile.

2. Note the checked critical competencies—they are required. Check any additional competencies you feel are critical to this team member's job.

***Middle of Cycle:*** 3. Provide coaching on competencies during the middle of the performance cycle. You may provide coaching more frequently; e.g. quarterly.

☐ *End of Cycle:* 4. Provide feedback on competencies at the end of the performance cycle.

5. Rate the team member on all checked critical competencies:

- Not Observed
- Below Expectations
- Met Expectations
- Above Expectations

**Choose Role**

| Sell Success Profile | Service Success Profile | Competency | Feedback | Rate Each Competency |
|---|---|---|---|---|
| ☒ | ☐ | **Conceptual Thinking** identifying patterns, connections and key issues | | Above Expectations |
| ☒ | ☐ | **Knows the Business** understanding the complexities and key factors that impact the business | | Above Expectations |
| ☒ | ☐ | **Leverages Resources** orchestrating and integrating resources (technology, time, tools, task and people) | | Above Expectations |
| ☒ | ☐ | **Critical Thinking** assessing, analyzing and problem solving | | Above Expectations |
| ☒ | ☐ | **Knows the Process** applying knowledge of processes and systems to get things done | | Above Expectations |

CONFIDENTIAL

| Sell Success Profile | Service Success Profile | Competency | Feedback | Rate Each Competency |
|---|---|---|---|---|
| ☑ | ☐ | **Relationship Savvy** listening, understanding, responding and building relationships inside and outside the organization | | Met Expectations |
| ☑ | ☐ | **Adaptability** demonstrating flexibility in approach and situation, working with all types of people and changes across the organization | | Met Expectations |
| ☑ | ☐ | **Initiates and Capitalizes on Opportunities** keeping the pipeline full, seeking ways to improve and expand customer's business | | Met Expectations |
| ☑ | ☐ | **Influence and Impact** the drive to influence others | | Met Expectations |
| ☑ | ☐ | **Information Savvy** knowing what information to get, choosing what information to use and deciding what action to take | | Above Expectations |
| ☑ | ☐ | **Capitalizes on Opportunities** recognizing sales and service possibilities that increase the depth of customer relationships | | Met Expectations |
| ☑ | ☐ | **Tenacity** the drive to figure things out | | Above Expectations |
| ☑ | ☐ | **Leads with Integrity** demonstrating ethics and integrity, adhering to a core set of values during good and challenging times | | Above Expectations |
| ☑ | ☐ | **Customer Focus** knowing and caring about our customers—working as a team to exceed their expectations | | Above Expectations |
| ☑ | ☐ | **Takes Accountability** can be counted on to drive for outstanding results | | Above Expectations |
| ☑ | ☐ | **Diversity** recognizing the value of not just one, but many ways | | Met Expectations |
| ☐ | ☐ | | | Click to Rate |
| ☐ | ☐ | | | Click to Rate |
| ☐ | ☐ | | | Click to Rate |

CONFIDENTIAL

## Premier Performance

1. Teach the Wells Fargo Home Mortgage Vision & Key Capabilities
2. Set Objectives and Targets
3. Provide Feedback and Coaching
4. Summarize Performance
5. Plan for Development




## ☐ Development Planning

☐ ***End of Cycle:***

1. Based on feedback in this document, identify 1-3 development needs. At least one development need must be related to a sell/service critical competency from the success profile.
2. Identify strategies for development; e.g. completing a special project, going to a seminar, building a mentor relationship.
3. Determine how you will measure team member progress for each development need.
4. Development needs identified below will become targets for the individual development in the next cycle's Key Business Objectives and Targets section.
5. Complete Premier Performance process by obtaining appropriate signatures.

**Development Need 1**

Strategies for Development:

Measurement:

**Development Need 2**

Strategies for Development:

Measurement:

**Development Need 3**

Strategies for Development:

Measurement:

CONFIDENTIAL

☐ **Once all parts are completed, print for signatures and submission.**

Manager Signature: [signature] Date: 3/27/02

Type Name Here: Steve Harper

Type Phone Number Here: 301-474-8181

Second Level Manager Signature: [signature] Date: 4/8/02

Type Name Here: Leo P. Natali

**Signing this form does not indicate agreement, but only acknowledges that your performance has been discussed and reviewed with you.**

Team Member Signature: [signature] Date: 3-27-02

Type Name Here: Yvonne Gipson

☐ **End of Form**

CONFIDENTIAL

**Wells Fargo**
**Mortgage and Home Equity**



## Achieving Maximum Performance(AMP)

202285

| NAME: Yvonne Gipson | Job Title: Home Mortgage Consultant | Performance Year: 2000 |
|---|---|---|

## PART I. OBJECTIVES AND RESULTS

Define up to 5 objectives to be accomplished during the course of the performance year. Review performance against objectives during the course of the year and assess results at year-end.

**Identify Progress Review Date(s), at least one at mid-year. Date(s):**

**Objective: Meet or Exceed loan origination volume goals basded on Chunk Down process**

**Perf Weight** 30

**Accountabilities:** | **On-Target Performance Measures:** | **Actual Performance:**

1.) **Close 12,000,000 in production for year 2001**
2.) **Price loans to make a profit**
3.) **Use cross sell opportunities**

**Appraisal:**

**Yvonne closed $5,551,212 in 2000 plus brokered and MORE loans. Yvonne has done a good job in marketing herself to non-profit organizations and to minority churches. Yvonne has of potential in doing Renovation business which should be very profitable for herself and WFHM. In 2001, Yvonne's personal production should increase over 2000's figures. The reason for this is because of the desk rental we have established for her, the assistant we have provided for her and because of the relationships Yvonne has established.**

Rating OT - Met All and May Have Exceeded Some Targets

AUG 0 3 2001




**Wells Fargo**
**Mortgage and Home Equity**




# Achieving Maximum Performance(AMP)

**Objective: High Trust Sales & Marketing**

**Perf Weight** 30

| Accountabilities: | On-Target Performance Measures: | Actual Performance: |
|---|---|---|
| 1.) Follow through and implement the HTSM plan<br>2.) Meet with manager to discuss objectives on a regular basis.<br>3.) Complete Program | | |

**Appraisal: N/A 2000**

Rating

CONFIDENTIAL

**Wells Fargo**
**Mortgage and Home Equity**




**Achieving Maximum Performance(AMP)**

**Objective: Meet or Exceed Customer Satisfaction Goals**

Perf Weight
10

**Accountabilities:**

**On-Target Performance Measures:**

**Actual Performance:**

1.) Customer Service rating of 90% on question 1 & 2

2.) Continue to attend closings for maximum customer service

3). Use HTSM program as it related to customer service

**Appraisal:**

**Yvonne works very hard to insure that her closings run smoothly. She attends closings when she can and will benefit from the HTSM program.**

Rating AT - Consistently Above Targets

CONFIDENTIAL

**Wells Fargo**
**Mortgage and Home Equity**




# Achieving Maximum Performance(AMP)

**Objective: Embrace Process Systems and Follow Work Flow**

**Perf Weight**
**30**

| Accountabilities: | On-Target Performance Measures: | Actual Performance: |
|---|---|---|
| 1.) Taking a complete loan application / Attention to Detail / Get all documents upfront. | | |
| 2.) Setting up the loan completely / Complete file label. | | |
| 3.) Setting the right expection with all parties associated with the transaction. | | |
| 4.) Good communication with the Map Center especially when there are changes. If the info is received by the loan officer, send to the mortgage specialist immediately. | | |
| 5.) 80% 1st Time approvals either through the LP platform or through conventional underwriting platform (submit loan the best way you can the first time). | | |
| 6.) Following the 10 day rule. | | |
| 7.) Monitor Expiring List. | | |

**Appraisal:**

**Yvonne is a very seasoned loan officer. Special attention should be made to good communication with the map center. This is critical since Yvonne is working in a desk rental situation.**

| Rating |
|---|

CONFIDENTIAL

**Wells Fargo**
**Mortgage and Home Equity**




# Achieving Maximum Performance(AMP)

**Objective:**

**Perf Weight**

**Accountabilities:**

**On-Target Performance Measures:**

**Actual Performance:**

**Appraisal:**

Rating

**Total Performance Weight for all Objectives must equal 100.**

CONFIDENTIAL

| **Wells Fargo**<br>**Mortgage and Home Equity** |  | **Achieving Maximum Performance(AMP)** |
| --- | --- | --- |

**PROGRESS REVIEW / MID YEAR SUMMARY**

| |
| --- |
| |




**Wells Fargo**
**Mortgage and Home Equity**




**Achieving Maximum Performance(AMP)**

## YEAR END

## SUMMARY

Yvonne has had a few personal set backs which has caused her production for 2000 to be not where she would like. I feel that Yvonne has the ability to increase her production significantly in 2001. Maintaining a good working relationship with the map center and implementing the HTSM program are a must in order for her volume to increase in 2001.

## PART II. APPRAISAL RATING: Select one

Rating

3 OT - Met All and May Have Exceeded Some Targets

CONFIDENTIAL

| Wells Fargo<br>Mortgage and Home Equity |  | Achieving Maximum Performance(AMP) |
|---|---|---|

**PART III. TEAM MEMBER COMMENTS**

| |
|---|
| |

CONFIDENTIAL

| **Wells Fargo Mortgage and Home Equity** |  | **Achieving Maximum Performance(AMP)** |
|---|---|---|

## PART IV. SUMMARY

| | |
|---|---|
| **Name:** Yvonne Gipson | **Employee #:** 202285 |
| **Job Title:** Home Mortgage Consultant | **Entity:** Mortgage |
| **Performance Year:** 2000 | **Midyear/Progress Review Dates:** |

**Appraisal Rating: Select one**

**Rating**

3 OT - Met All and May Have Exceeded Some Targets

**Merit Increase Recommendation**

| | |
|---|---|
| Current Salary | $0.00 |
| New Midpoint | $0.00 |
| Effective Date | 3/1/2001 |
| New Compa – Ratio (Before Increase) | 0.00 |
| % Increase | 0.00 |
| $ Increase | $0.00 |
| New Salary | $0.00 |

**Signatures**

Manager Signature: [signature] Date: 3/6/01

Name (Type name here): Steve Harper

Second Level Manager Signature: [signature] Date:

Name (Type name here): Leo P. Natali

This evaluation of performance against objectives has been reviewed with the team member.

Team Member Signature: ______________________ Date: ____________

Name (Type name here): Yvonne Gipson

To ensure accurate and timely AMP processing:

- Obtain team member and appropriate levels of managerial signatures on a hard copy of the AMP form.
- Retain a copy of the entire AMP form in each team member's supervisor file.
- Attach all original, signed hard copies of the entire AMP to the AMP Submission Worksheet.
- Forward the AMP Submission Worksheet along with all your team members' entire AMPs to: AMP Administrator, MAC X2403-011.
- **All AMPs must be received by the AMP Administrator by 2/9/01 in order for increases to be reflected on the 3/15/01 payroll.**

AUG 0 3 2001

CONFIDENTIAL

**Mortgage & Home Equity Group**




**Achieving Maximum Performance(AMP)**

| NAME: Yvonne Gipson | Job Title: Sales Rep | Performance Year: 1999 |
|---|---|---|

## PART I. OBJECTIVES AND RESULTS

Define up to 5 objectives to be accomplished during the course of the performance year. Review performance against objectives during the course of the year and assess results at year-end.

**Identify Progress Review Date(s), at least one at mid-year. Date(s): n/a**

**Objective: Own The Streets**

**Perf Weight** 50

**Accountabilities:**

**On-Target Performance Measures:**

**Actual Performance:**

1.) **Increase purchase business with Realtors, Builders and previous customers through a systematic marketing plan.**
2.) **Use existing list of working agents and past customers as a referral source for new business opportunities.**
3.) **Start calling on targeting builders, non-profit organization.**

**Appraisal:**

**Fifty percent of Yvonne's time should be spent developing new sources of business. Yvonne has a good core of referral sources that she could use to build on. With good time management skills, Yvonne should increase her current volume of business.**

Rating OT - Met All and May Have Exceeded Some Targets

FEB 2 3 2000

CONFIDENTIAL

# Mortgage & Home Equity Group




# Achieving Maximum Performance(AMP)

**Objective: Win With Every Customer**

**Perf Weight** 10

**Accountabilities:**

**On-Target Performance Measures:**

**Actual Performance:**

1.) **Customer service rating of 90% on survey question #5.**
2.) **Continue to attend as many settlements as possible to increase customer satisfaction.**

**Appraisal:**

**Yvonne has a 100% customer satisfaction rating for 1999. The reason for this is Yvonne sincerely care's about her clients and is very versed in the application process. In addition, Yvonne attends most of her settlements.**

Rating SAT - Significantly Above Targets

CONFIDENTIAL

**Mortgage & Home Equity Group**




**Achieving Maximum Performance(AMP)**

**Objective: Find a Better Way**

**Perf Weight** 10

**Accountabilities:**

**On-Target Performance Measures:**

**Actual Performance:**

1.) Submit all files to the Ready Team for quick decisioning.
2.) Analyze borrowers qualifications to refer them to the proper loan program.

**Appraisal:**

Yvonne realizes the benefits to submitting loans directly to the Ready Team. Yvonne does an excellent job in matching up her clients with the appropriate loan program.

Rating AT - Consistently Above Targets

CONFIDENTIAL

**Mortgage & Home Equity Group**




**Achieving Maximum Performance(AMP)**

**Objective: Make Money**

| Perf Weight |
|---|
| 30 |

**Accountabilities:**

**On-Target Performance Measures:**

**Actual Performance:**

1.) 8,000,000 in closed volume.
2.) Monitor pricing strategies to insure profitability.
3.) Increase 203k, Dacc & Home Equity business lines.

**Appraisal:**

Yvonne has really embraced 203k business. She realizes that this type of business is very profitable for her and the branch. I feel that Yvonne is primed to go to the next level in originations. By increasing the number of referral sources and with good time management skills, Yvonne can realize this goal.

Rating AT - Consistently Above Targets

CONFIDENTIAL

**Mortgage & Home Equity Group**



**Achieving Maximum Performance(AMP)**

| **Objective:** | | | **Perf Weight** |
|---|---|---|---|
| **Accountabilities:** | **On-Target Performance Measures:** | **Actual Performance:** | |
| **Appraisal:** | | | |
| Rating | | | |

**Total Performance Weight for all Objectives must equal 100.**

CONFIDENTIAL

**Mortgage & Home Equity Group**



**Achieving Maximum Performance(AMP)**

**PROGRESS REVIEW / MID YEAR SUMMARY**

CONFIDENTIAL

**Mortgage & Home Equity Group**




**Achieving Maximum Performance(AMP)**

**SUMMARY** **YEAR END**

Yvonne has done a good job in soliciting various non-profit orgainzations, church groups etc. I feel her hard work will payoff in additional business this year.

**PART II. APPRAISAL RATING: Select one**

Rating

4 AT - Consistently Above Targets

CONFIDENTIAL

**Mortgage & Home Equity Group**




**Achieving Maximum Performance(AMP)**

| NAME: Yvonne Gipson | Job Title: Sales Rep | Performance Year: 1999 |
|---|---|---|

## PART III. Development Feedback / Planning

### Retail Sales Representative Competencies

| Competency Assessment (see AMP Participant Workbook for definitions) | Rating | Behavioral Examples (Strengths and development opportunities) |
|---|---|---|
| Self-Confidence | S - Strength | |
| Drive For Results | S - Strength | |
| Integrity | S - Strength | |
| Industry Awareness | AS - At Standard | |
| Initiative | S - Strength | |
| *Analytical Thinking* | *S - Strength* | |
| Conceptual Thinking | S - Strength | |
| People Savvy | S - Strength | |
| Referral Relationship Management | TS -Towering Strength | |
| Impact & Influence | S - Strength | |
| Borrower Satisfaction Orientation | TS -Towering Strength | |

CONFIDENTIAL

**Mortgage & Home Equity Group**




**Achieving Maximum Performance(AMP)**

**Development Strategy 1**
Competency:

Objective:

Tactics
- Access to Role Model
- Self-Study
- Project Team Participation
- Cross-Functional Project
- Direct Customer Contact
- Training: Date:_ . . . . . _
  Type: . . . . .

Create Your Own Options:

**Development Strategy 2**
Competency:

Objective:

Tactics
- Access to Role Model
- Self-Study
- Project Team Participation
- Cross-Functional Project
- Direct Customer Contact
- Training: Date:_ . . . . . _
  Type: . . . . .

Create Your Own Options:

Summary and Development Strategy: (Use this space to summarize overall development needs and strategies to address these needs.)

People Developed: (If a manager, use this space to identify people this manager has developed and their future development plans.)

CONFIDENTIAL

**Mortgage & Home Equity Group**




**Achieving Maximum Performance(AMP)**

**PART IV. TEAM MEMBER COMMENTS**

CONFIDENTIAL

**Mortgage & Home Equity Group**




**Achieving Maximum Performance(AMP)**

## PART V. SUMMARY

| | |
|---|---|
| **Name:** Yvonne Gipson | **Employee #:** 202285 |
| **Job Title:** Sales Rep | **Entity & Business Unit:** Mortgage - Consumer Lending |
| **Performance Year:** 1999 | **Midyear/Progress Review Dates:** n/a |

**Appraisal Rating: Select one**

**Rating**

4 AT - Consistently Above Targets

**Merit Increase Recommendation**

| | |
|---|---|
| Current Salary | $0.00 |
| New Midpoint | $0.00 |
| Effective Date | 3/1/2000 |
| New Compa – Ratio (Before Increase) | 0.00 |
| % Increase | 0.00 |
| $ Increase | $0.00 |
| New Salary | $0.00 |

**Signatures**

Manager Signature: [signature] Date: 2/21/2000

Name (Type name here): Steve Harper

Second Level Manager Signature: [signature] Date: 2/22/00

Name (Type name here): Leo Natali

This evaluation of performance against objectives has been reviewed with the team member.

Team Member Signature: [signature] Date: 2-21-00

Name (Type name here): Yvonne Gipson

To ensure accurate and timely AMP processing:

- Obtain team member and appropriate levels of managerial signatures on a hard copy of the AMP form.
- Retain a copy of the entire AMP form in each team member's supervisor file.
- Attach all original, signed hard copies of the *entire* AMP to the AMP Submission Spreadsheet.
- Forward the AMP Submission Worksheet along with all your team members' *entire* AMPs to: AMP Administrator, MAC X2403-011.
- **ALL AMPs MUST BE RECEIVED BY THE AMP ADMINISTRATOR BY 2/11/2000 IN ORDER FOR INCREASES TO BE REFLECTED ON THE 3/15/00 PAYROLL.**