UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YVONNE GIPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 00-2865 (JMF) |
| | ) | Civil Action No. 05-1184 (JMF) |
| WELLS FARGO N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with my accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Defendant's Motion for Summary Judgment [#59] is **DENIED**.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: