PROPOSED VERDICT FORM

<u>Gipson v. Wells Fargo Bank, N.A.</u>
00-2865, 05-1184

## COUNT I

1. Do you find by a preponderance of the evidence that Wells Fargo retaliated against Ms. Yvonne Gipson for filing and pursuing an internal complaint of discrimination based on race by not selecting Ms. Gipson to the position of Branch Manager and instead selecting Mr. John Settles?

    Yes _____    No _____

    If the answer to question 1 is yes, answer questions 2 and 3.
    If the answer to question 1 is no, proceed to question 4.

2. If you found in favor of the plaintiff on question 1, how much do you award the plaintiff in compensatory damages?

    Amount $_____

3. If you found in favor of the plaintiff on question 1, how much do you award the plaintiff for lost income?

    Amount $_____

## COUNT II

4. Do you find by a preponderance of evidence that Wells Fargo retaliated against Ms. Gipson for filing and pursuing an internal complaint of discrimination based on her sex by not selecting Ms. Gipson to the position of Branch Manager and instead selecting Mr. Settles?

    Yes _____    No _____

    If the answer to question to question 4 is yes, answer question 5.
    If the answer to question 4 is no, proceed to question 6.

5. If you found in favor of the plaintiff on question 4, how much do you award the plaintiff in compensatory damages?

    Amount $_____

## COUNT III

6. Do you find by a preponderance of the evidence that Wells Fargo discriminated against Ms. Gipson because she is a woman by not selecting Ms. Gipson to the position of Branch Manager and instead selecting Mr. Settles?

    Yes _____     No _____

    If the answer to question 6 is yes, answer question 7.
    If the answer to question 6 is no, proceed to question 8.

7. If the answer to question 6 was yes, how much do you award plaintiff in compensatory damages?

    Amount $_____

## COUNT IV

8. Do you find by a preponderance of the evidence that Wells Fargo discriminated against Ms. Gipson on the basis of her race and sex by not selecting Ms. Gipson to the position of Branch Manager and instead selecting Mr. Settles?

    Yes _____     No _____

    If the answer to question 8 is yes, answer question 9.
    If the answer to question 8 is no, proceed to question 10.

9. If the answer to question 8 was yes, how much do you award plaintiff in compensatory damages?

    Amount $_____

## COUNT V

10. Do you find by a preponderance of the evidence that Wells Fargo discriminated against Ms. Gipson on the basis of her race by not selecting Ms. Gipson to the position of Branch Manager and instead selecting Mr. Settles?

    Yes _____     No _____

    If the answer to question 10 is yes, answer question 11.
    If the answer to question 10 is no, proceed to question 12.

11. If the answer to question 10 was yes, how much do you award plaintiff in compensatory damages?

   Amount $\_\_\_\_\_

## COUNT VI

12. Do you find by a preponderance of the evidence that Wells Fargo discriminated against Ms. Gipson on the basis of age by not selecting Ms. Gipson to the position of Branch Manager and instead selecting Mr. John Settles?

   Yes \_\_\_\_\_    No \_\_\_\_\_

   If the answer to question 12 is yes, answer questions 13 and 14.
   If the answer to question 12 is no, proceed to question 15.

13. If the answer to question 12 was yes, how much do you award plaintiff for lost income?

   Amount $\_\_\_\_\_

14. If the answer to question 12 was yes, do you find that the violation was willful and thereby award plaintiff liquidated damages in the amount of twice the amount you have provided in answer to question 13?

   Yes \_\_\_\_\_    No \_\_\_\_\_

## COUNT VII

15. Do you find by a preponderance of the evidence that Wells Fargo retaliated against Ms. Gipson by terminating her employment for filing and pursuing an internal complaint of discrimination over not being selected as Branch Manager, for filing a charge with the Equal Employment Opportunity Commission over not being selected as Branch Manager, or for filing and pursuing the lawsuit over her not being selected as Branch Manager?

   Yes \_\_\_\_\_    No \_\_\_\_\_

   If the answer to question 15 was yes, answer questions 16 and 17.
   If the answer to question 15 was no, and you have answered all the previous questions, you are finished and should have the foreperson sign and date this form and then report your verdict.

16. If the answer to question 15 was yes, how much do you award plaintiff in compensatory damages?

    Amount $_____

17. If the answer to question 15 was yes, how much do you award plaintiff for lost income?

    Amount $_____

    If you have now answered all of the preceding questions, you are finished and should have the foreperson sign and date this form and then report your verdict.