Bank N.A., ET AL 05-1184

The last witness that was called (although everything was blacked out) mentioned Martin Marietta. I used to work for that company. They are now Lockheed Martin.

It will have no effect on my decision as a Juror.

FILED
NOV 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

11/14/06