UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Yvonne Gipson )
)
vs. ) Civil/Criminal No. 00-2865
Wells Fargo Bank, NA ) 05-1184
Et. al. )

NOTE FROM JURY

We have reached a verdict.

Date: 11/14/06

Time: 11:32 A.M.

FOREPERSON

CO-109A