UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVONNE GIPSON,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

Civil Action No. 00-2865 (JMF)
Civil Action No. 05-1184 (JMF)

**FILED**

NOV 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT

This action came for trial before the court and a jury, Honorable John M. Facciola, Magistrate Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

It is **ORDERED** and **ADJUDGED** that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant recover of the plaintiff its costs of action.

**SO ORDERED.**

_____
Clerk of the Court

Dated: 11-14-06