AO 133     (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

District of _____ Columbia

UNITED STATES OF AMERICA

Yvonne Gipson

**V.**

Wells Fargo Bank, N.A.

**BILL OF COSTS**

Case Number: _____ 00-cv-2865 (JMF); 05-cv-1184 (JMF)

Judgment having been entered in the above entitled action on ___11/14/06___ against ___Yvonne Gipson___ ,
the Clerk is requested to tax the following as costs:
Date

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $                250.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 5,840.40 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . | 753.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $        6,843.40 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services
for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage
prepaid to: ___Robert C. Seldon, Esq. via Electronic Case Filing___ .

Signature of Attorney: _____

Name of Attorney: ___Timothy W. Romberger___

For: ___Wells Fargo Bank, N.A.___                                    Date: ___12/20/06___

Costs are taxed in the amount of ___$6,190.40___ _____ and included in the judgment.
Name of Claiming Party

___Nancy M. Mayer-Whittington___ By: ___Jeffrey M Blanchard___ ___6/25/07___
Clerk of Court                         Deputy Clerk                    Date

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

# MEMORANDUM

TO:        TIMOTHY ROMBERGER
FROM:    JEFF BLANCHARD
CASE:     GIPSON v. WELLS FARGO BANK, #00-2865, 05-1184
DATE:     JUNE 25, 2007

The taxing of costs has been completed in the above-referenced case.  The full amount was not awarded for the following reasons:

| Category | Amount Requested | Amount Allowed |
| --- | --- | --- |
| Court Reporter Fees | $5840.40 | $5187.40 |

**Reason: Only the court reporter's regular rate is allowed, not the cost of expedited delivery.  Costs for shipping and handling are not allowed. The bills were reduced accordingly.**

cc: Opposing counsel